

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>One Tower Square<br>Rm 8MS<br>Hartford, CT 06183-0001 |

| | |
|---|---|
| **Entity:** | Travelers Property Casualty Company of America<br>Entity ID Number 2317459 |
| **Entity Served:** | Travelers Property Casualty Company of America |
| **Title of Action:** | West.Bend Mutual Insurance Company vs. Travelers Property Casualty Company of America |
| **Matter Name/ID:** | West.Bend Mutual Insurance Company vs. Travelers Property Casualty Company of America (10524442) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Washington County Circuit Court, WI |
| **Case/Reference No:** | 2020CV000443 |
| **Jurisdiction Served:** | Wisconsin |
| **Date Served on CSC:** | 09/21/2020 |
| **Answer or Appearance Due:** | 45 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Jeffrey Leavell<br>262-633-7322 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Exhibit A

FILED
09-18-2020
Clerk of Circuit Court
Washington County, WI
2020CV000443
Honorable Todd K.
Martens
Branch 3

**STATE OF WISCONSIN**      **CIRCUIT COURT**      **WASHINGTON**

West Bend Mutual Insurance Company vs. Travelers
Property Casualty Company of America

**Electronic Filing
Notice**

Case No. 2020CV000443
Class Code: Property Damage

> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
> C/O CORPORATION SERVICE CO
> 8040 EXCELSIOR DRIVE, STE 400
> MADISON WI 53717

Case number 2020CV000443 was electronically filed with/converted by the Washington County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 02d923**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 262-335-4341.

Washington County Circuit Court
Date: September 21, 2020

PROCESS SERVER

9-21-2020    340 pm

DATE / TIME

FILED
09-18-2020
Clerk of Circuit Court
Washington County, WI
2020CV000443
Honorable Todd K.
Martens
Branch 3

STATE OF WISCONSIN     CIRCUIT COURT     WASHINGTON COUNTY

WEST BEND MUTUAL
INSURANCE COMPANY
1900 S. 18th Avenue
West Bend, WI 53095

          Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
C/O CORPORATION SERVICE COMPANY
8040 Excelsior Drive, Suite 400
Madison, WI 53717

          Defendant.

Case No.:

Case Code:   30201

---

## SUMMONS

---

THE STATE OF WISCONSIN,

To each person named above as a defendant:

    You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

    Within forty-five (45) days of receiving this Summons, you must respond with a written Answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint. The Court may reject or disregard an Answer that does not follow the requirements of the statutes. The Answer must be sent or delivered to the Court, whose address is Clerk of the Circuit Court, 432 E Washington St, West Bend, WI 53090, and whose mailing address is 432 E Washington St, West Bend, WI 53090, and to plaintiff's attorney, Jeffrey Leavell, S.C. whose address is 723 S. Main Street, Racine, Wisconsin 53403. You may have an attorney help or represent you.

1

Exhibit A

If you do not provide a proper Answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future and may also be enforced by garnishment or seizure of property.

Dated this 18th day of September, 2020.

JEFFREY LEAVELL, S.C.

*/s/ Jeffrey Leavell*

By: _____

Jeffrey Leavell
State Bar No.: 1004734
Austin Borton
State Bar No.: 1097539
Attorneys for Plaintiff West Bend Mutual
Insurance Company

**P.O. Address**
723 S. Main Street
Racine, WI 53403-1211
Telephone: (262) 633-7322
Facsimile: (262) 633-7323

2

FILED
09-18-2020
Clerk of Circuit Court
Washington County, WI
2020CV000443
Honorable Todd K.
Martens
Branch 3

<u>STATE OF WISCONSIN</u>    <u>CIRCUIT COURT</u>    <u>WASHINGTON COUNTY</u>

WEST BEND MUTUAL
INSURANCE COMPANY
1900 S. 18th Avenue
West Bend, WI 53095                                    Case No.:

       Plaintiff,

                                      Case Code:   30201

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
C/O CORPORATION SERVICE COMPANY
8040 Excelsior Drive, Suite 400
Madison, WI 53717

       Defendant.

---

## COMPLAINT

---

    **NOW COMES** Plaintiff West Bend Mutual Insurance Company by and through its attorneys, Jeffrey Leavell, S.C., and as for its Complaint against the Defendant, alleges and states to the Court as follows:

    1.    Plaintiff West Bend Mutual Insurance Company (West Bend) is a Wisconsin - mutual insurance company with principal offices at 1900 S. 18th Avenue, West Bend, WI 53095.

    2.    Defendant Travelers Property Casualty Company of America (Travelers) is a foreign insurance company that does substantial business in Wisconsin and in Washington County, with a registered agent at Corporation Service Company, 8040 Excelsior Dr, Suite 400, Madison, WI 53717.

    3.    This action concerns liability insurance coverage and the parties' duty to defend and indemnify obligations for an accident between Robert Pohl and John Williams. Pohl was allegedly driving a truck in the scope of employment for Pipeline Supply, Inc. (Pipeline), now known as Dakota Supply Group, Inc., (DSG). Pohl allegedly rear ended the plaintiff John

1

Williams. Williams commenced a lawsuit for personal injuries in 2018. Williams alleges Pohl's negligence and that DSG f/k/a Pipeline is vicariously liable for Pohl's negligence (the lawsuit).

4.     West Bend issued a liability insurance policy to Pipeline, a Minnesota corporation that ceased to exist in 2016.

5.     Travelers issued a liability insurance policy to DSG, a North Dakota corporation, which contained commercial auto coverage stated in the form CA 00 01 03 10 (rev. 02-11) with a $1 million limit. The policy contained numerous state change forms, UM, and UIM and other forms, indicating coverage was anticipated by Travelers for DSG for various states including North Dakota, South Dakota, Minnesota, Wisconsin, Iowa and Montana.

6.     DSG bought Pipeline, and made it a wholly owned subsidiary in 2015, and then statutorily merged Pipeline into DSG in 2016, expressly assuming under North Dakota law all liabilities of Pipeline. Pipeline then ceased to exist as a matter of law.

7.     North Dakota Business Corporation Law made the liabilities of Pipeline the liabilities of DSG as a consequence of the merger. See North Dakota Cent Code section 10-19.102.

8.     On November 11, 2013, Robert Pohl while driving for Pipeline was involved in an accident with John Williams.

9.     On March 13, 2018, Mr. Williams filed a lawsuit against Mr. Pohl and Pipeline for personal injuries caused by the accident.

10.     On August 15, 2019, Mr. Williams amended his complaint in the lawsuit to name as defendants Mr. Pohl and DSG. *See attached Exhibit 1.*

11.     At the beginning of Mr. Williams' lawsuit, West Bend retained defense counsel for Mr. Pohl and Pipeline and paid for their defense in the lawsuit.

2

12.     After Mr. Williams was allowed to amend his complaint in the lawsuit to name DSG as defendant, in the place of Pipeline, West Bend notified Travelers and asked it to acknowledge liability coverage for the lawsuit or state its coverage position for its named insured DSG and Mr. Pohl.

13.     On August 21, 2019, West Bend told Travelers in writing that West Bend would defend DSG in the lawsuit for the time subject to its pending review of Travelers coverage for DSG and Pohl, because a trial was then looming and a defense had to be provided to protect the defendants while liability insurance coverage issues between the two insurers were determined.

14.     On October 29, 2019, West Bend wrote Travelers that Travelers had a primary duty to defend Pohl and DSG in the lawsuit, and that West Bend would, to resolve the dispute, compromise and agree to share on an equal basis with Travelers in the defense expenses of the lawsuit.

15.     Over two months later, on January 9, 2020, Travelers responded in writing that it had no duty to defend Pohl in the lawsuit and was silent on its duty to defend DSG.

16.     On January 13, 2020 Travelers again responded in writing that it did not cover the DSG liability pleaded against DSG in the lawsuit.

17.     The statutory merger alleged above put Pipeline and its liabilities into DSG, the named insured of Travelers.  Consequently, Mr. Pohl qualifies as a Travelers insured, and is entitled to a defense from Travelers in the lawsuit, as is its named insured DSG.

18.     Travelers has a primary duty to defend Mr. Pohl, and DSG in the lawsuit.

19.     Travelers' conduct alleged herein is in breach of its duty to defend the lawsuit.

20.     Further, and in the alternative, DSG assumed Pipeline's liability in the merger agreement.  The Travelers policy "other insurance" subsection says Travelers is the primary

3

Exhibit A

insurer for any liability assumed in an insured contract. The merger agreement qualifies as an insured contract by definition, because DSG expressly agreed to assume any and all of Pipeline's liabilities in it.

    21.     The Travelers policy issued to DSG, and attached as Exhibit 2, stated in its other insurance provision subsection c. the following regarding policy priority:

> Regardless of the provisions of paragraph a. above, this coverage form's Liability Coverage is primary for any liability assumed under an "insured contract."

*Form CA 00 01 03 10 (rev. 02-11), p. 9 of 12.*

    22.     The Travelers policy defined "insured contract" to include the following:

> That part of any other contract or agreement pertaining to your business….under which you assume the tort liability of another to pay for bodily injury or property damage to a third-party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement…..

*Id., p. 11 of 12.*

    23.     The Travelers policy, like the West Bend policy, anticipated the coexistence of primary liability insurers in its other insurance provision, mandating policy limits comparison sharing in that circumstance:

> d. When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

*Form CA 00 01 03 10, p. 9 of 12.*

    24.     As a result of the merger agreement, Mr. Pohl and DSG are entitled to a defense in the lawsuit from Travelers, and Travelers has a primary duty to defend them.

4

25. Travelers is in breach of its defense duty to its named insured DSG and Mr. Pohl in the lawsuit.

26. West Bend has notified Travelers of strategic opportunities for the defense of the lawsuit, decisions that need be made, and asked Travelers to participate in the decision making, but Travelers has refused.

27. Travelers' refusal estops it from challenging or otherwise disputing the defense strategic choices made in the defense of the lawsuit and the expenses of it.

28. West Bend has incurred defense expense for Mr. Pohl, Pipeline and DSG and West Bend is subrogated under its policy to their rights to recover that defense expense from Travelers, and further in the alternative that defense expense should in equity be borne by Travelers.

29. West Bend is entitled to recover from Travelers all defense expenses for the lawsuit, and all attorneys fees and expenses for this action, as a matter of contract breach and subrogation.

30. West Bend is entitled to recover from Travelers all defense expenses for the lawsuit, and all attorney's fees and expenses for this action, as a matter of equity.

31. West Bend is entitled to declaratory judgment pursuant to Wis. Stat. § 806.04 because this is an actual justiciable controversy regarding coverage and West Bend has no adequate remedy other than that requested herein to determine the rights of the parties.

**WHEREFORE,** Plaintiff West Bend requests judgment against Travelers for the costs of defending and indemnifying Mr. Pohl and DSG f/k/a Pipeline in the Minnesota lawsuit, declaration that Travelers is required to defend the lawsuit, the attorney's fees and costs of this action, along with any other relief deemed equitable by the Court, and its taxable costs and fees.

**PLAINTIFF WEST BEND MUTUAL INSURANCE COMPANY DEMANDS A TRIAL BY 12-PERSON JURY**

5

Exhibit A

Dated this 18th day of September, 2020.

JEFFREY LEAVELL, S.C.

*/s/ Jeffrey Leavell*

By: _____

Jeffrey Leavell
State Bar No.: 1004734
Attorneys for Plaintiff West Bend Mutual
Insurance Company

**P.O. Address**
Mailing Address
723 S. Main Street
Racine, WI 53403
Phone: (262) 723-6322
Fax:    (262) 723-6323

6

Exhibit A

FILED
09-18-2020
Clerk of Circuit Court
Washington County, WI
2020CV000443
Honorable Todd K.
Martens

STATE OF MINNESOTA                          DISTRICT COURT

COUNTY OF HENNEPIN                          FOURTH JUDICIAL DISTRICT

Case Type: Personal Injury

---------------------------------

John Joseph Williams,

     Plaintiff,

vs.                                         **AMENDED SUMMONS**

Robert Allen Pohl and Dakota Supply Group,
Inc. a North Dakota Corporation f/k/a Pipeline
Supply, Inc.,

     Defendants.

---------------------------------

THIS SUMMONS IS DIRECTED TO DEFENDANT DAKOTA SUPPLY GROUP C/O MARK R. HANSON, 201 N 5TH STREET – 18TH FLOOR, PO BOX 2626, FARGO, ND 58102.

    **1. YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

    **2. YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons a written response called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this summons located at 444 Cedar Street, Suite 1000, St. Paul, MN 55101.

    **3. YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    **4. YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint. If you do not want to contest the claims stated in the complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the complaint.



EXHIBIT
1

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

PAIGE J. DONNELLY, LTD.

Dated: _____8|15|19_____

By: _____
Sheila K. Donnelly-Coyne, #287937
Attorney for Plaintiff
skdcefile@paigedonnelly.com
Suite 1000
444 Cedar Street
St. Paul, MN 55101
651-222-2797

2

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Case Type:  Personal Injury

John Joseph Williams,

Plaintiff,

vs.

Robert Allen Pohl and Dakota Supply Group,
Inc. a North Dakota Corporation f/k/a Pipeline
Supply, Inc.,

Defendants.

Court File: 27-CV-18-4127
Hon. Ronald L. Abrams

**AMENDED COMPLAINT**

Plaintiff John Joseph Williams, for his cause of action against the Defendants Robert Allen

Pohl and Dakota Supply Group, Inc, a North Dakota Corporation f/k/a Pipeline Supply, Inc.,

herein, states and alleges as follows:

### COUNT I.

I.

At all times mentioned herein, Plaintiff John Joseph Williams was operating a certain 1988

Chevrolet K1500, said vehicle being owned by Kimberly Sue Williams.

II.

At all times mentioned herein, Defendant Robert Allen Pohl was operating a certain 2012

International Truck, said vehicle being owned by Defendant Pipeline Supply, Inc., which is now

known as Dakota Supply, Inc., hereinafter "DSG."

Exhibit A

III.

At all times mentioned herein, Pipeline Supply, Inc., n/k/a Dakota Supply, Inc., was a State of Minnesota corporation, duly authorized and licensed to do business in the State of Minnesota, located at 620 – 16th Avenue South, City of Hopkins, County of Hennepin, State of Minnesota.

IV.

On or about September 1, 2016, Pipeline Supply, Inc. merged with Defendant DSG. DSG agreed to assume all liabilities of Pipeline Supply, Inc.

V.

At the time of the merger, Todd Kumm, was the acting Chief Executive Officer for Pipeline Supply, Inc. and DSG.

VI.

At all times mentioned herein, Robert Allen Pohl, was an employee of Pipeline Supply, Inc., n/k/a as DSG, and was acting within the full course and scope of his employment.

VII.

Defendant Robert Allen Pohl was operating said vehicle with the full knowledge, consent and acquiescence of the Pipeline Supply, Inc., n/k/a Dakota Supply, Inc.

VIII.

On or about November 11, 2013, Plaintiff John Joseph Williams was operating said vehicle at or near Highway 10 at 171st Avenue, in the City of Elk River, State of Minnesota.

IX.

On or about November 11, 2013, Defendant Robert Allen Pohl was operating said vehicle at or near Highway 10 at 171st Avenue, in the City of Elk River, State of Minnesota.

2

## X.

That Plaintiff John Williams was at a complete stop at the time of the collision.

## XI.

That Defendant Robert Allen Pohl did not stop in time and struck the rear of Plaintiff John Williams' vehicle.

## XII.

That the force of the collision pushed Plaintiff John Williams' vehicle into the vehicle in front of him, driven by Scott Fleischman.

## XIII.

That Plaintiff John Williams' vehicle was towed from the scene. The vehicle driven by Scott Fleischman was towed from the scene. The vehicle driven by Defendant Robert Allen Pohl was towed from the scene.

## XIV.

On or about November 11, 2013, Defendant Robert Allen Pohl drove said vehicle in a careless, negligent and unlawful manner, causing his vehicle to collide with the Plaintiff's vehicle.

## XV.

Defendant Robert Allen Pohl was driving in violation of various Federal Motor Carrier Safety regulations, and various sections of Minnesota Chapter 169 and 221.

## XVI.

That Defendant DSG f/k/a Pipeline Supply, Inc., is vicariously liable for the actions and/or omissions of its employees, agents or representatives by and through the Doctrine of Respondeat Superior.

3

EXHIBIT A

## XVII.

That as a direct result of Defendants' said negligence and said resulting collision, Plaintiff John Joseph Williams sustained bodily injuries and damage to personal property. That such injuries are of a permanent and temporary nature. That Plaintiff John Joseph Williams has suffered in the past, and will continue in the future to suffer physical and mental pain and discomfort on account of such bodily injuries; has in the past and will continue in the future to incur medical expenses on account of such bodily injuries; and has in the past and will continue in the future to incur wage loss and loss of earning capacity on account of such bodily injuries. That by reason of said injuries, pain and discomfort, medical expenses, property damage and loss of wages, Plaintiff John Joseph Williams has incurred expenses and has generally been damaged in a sum in excess of Fifty Thousand and No/100 ($50,000.00) Dollars.

### COUNT II

Plaintiff for his second cause of action against the Defendants herein, states and alleges as follows:

### XVIV.

Plaintiff re-alleges each and every allegation, matter and thing contained in Count I of the Complaint, and incorporates the same herein by reference.

### XVIX.

That Defendant DSG f/k/a Pipeline Supply, Inc., was negligent in hiring Defendant Robert Allen Pohl.

### XX.

That Defendant DSG f/k/a Pipeline Supply, Inc., failed to exercise reasonable care in supervising and training Defendant Robert Allen Pohl.

4

Exhibit A

## XXI.

That Defendant DSG f/k/a Pipeline Supply, Inc., was negligent in entrusting the commercial vehicle to Defendant Robert Allen Pohl.

## XXII.

That Defendant DSG f/k/a Pipeline Supply, Inc., was negligent in the retention and training of Defendant Robert Allen Pohl.

## XXIII.

That as a direct result of Defendant's said negligence and said resulting collision, Plaintiff John Joseph Williams sustained bodily injuries and damage to personal property. That such injuries are of a permanent and temporary nature. That Plaintiff John Joseph Williams has suffered in the past, and will continue in the future to suffer physical and mental pain and discomfort on account of such bodily injuries; has in the past and will continue in the future to incur medical expenses on account of such bodily injuries; and has in the past and will continue in the future to incur wage loss and loss of earning capacity on account of such bodily injuries. That by reason of said injuries, pain and discomfort, medical expenses, property damage and loss of wages, Plaintiff John Joseph Williams has incurred expenses and has generally been damaged in a sum in excess of Fifty Thousand and No/100 ($50,000.00) Dollars.

5.

WHEREFORE, Plaintiff demands judgment against the Defendants herein in a sum in excess of Fifty Thousand and No/100 ($50,000.00) Dollars, together with costs and disbursements and any other and further relief the Court may deem just.

PAIGE J. DONNELLY, LTD.

Dated: ___5|23|19___

By: _____
Sheila K. Donnelly-Coyne, #237947
Attorney for Plaintiff
skdcefile@paigedonnelly.com
Suite 1000
444 Cedar Street
St. Paul, MN 55101
651-222-2797

## ACKNOWLEDGMENT

The undersigned attorney acknowledges, pursuant to Minn. Stat. § 549.211, Subd. 2, that the attorney and the attorney's client are aware that upon a motion of a party, or upon the court's own motion, the court in its discretion may award to that party costs, disbursements, reasonable attorney's fees and witness fees if the party or attorney against whom costs, disbursements, reasonable attorney's and witness fees are charged acted in bad faith; asserted a claim or defense that is frivolous and that is costly to the other party; asserted an unfounded position solely to delay the ordinary course of the proceedings or to harass; or committed a fraud upon the court.

_____
Sheila K. Donnelly-Coyne

6

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Case Type: Personal Injury

John Joseph Williams,

Plaintiff,

vs.

Robert Allen Pohl and Dakota Supply Group,
Inc. a North Dakota Corporation f/k/a Pipeline
Supply, Inc.,

Defendants.

**NOTICE AND ACKNOWLEDGMENT
OF SERVICE BY MAIL**

**Court File No. 27-CV-18-4127
Judge Ronald L. Abrams**

TO:   DEFENDANT DAKOTA SUPPLY GROUP C/O MARK R. HANSON, 201 N 5TH
STREET – 18TH FLOOR, PO BOX 2626, FARGO, ND 58102.

The enclosed Summons and Complaint are served pursuant to Rule 4.05 of the Minnesota
Rules of Civil Procedure.

You must complete the acknowledgement part of this form and return one copy of the
completed form to the sender within 20 days.

**SIGNING THIS ACKNOWLEDGMENT OF RECEIPT IS ONLY AN ADMISSION
THAT YOU HAVE RECEIVED THE SUMMONS AND COMPLAINT, AND DOES NOT
WAIVE ANY OTHER DEFENSES.**

You must sign and date the acknowledgement. If you are served on behalf of a corporation,
unincorporated association (including partnership), or other entity, you must indicate under your
signature your relationship to that entity. If you are served on behalf of another person and you are
authorized to receive process, you must indicate under your signature your authority.

IF YOU DO NOT COMPLETE AND RETURN THE FORM TO THE SENDER WITHIN 20 DAYS, YOU (OR THE PARTY ON WHOSE BEHALF YOU ARE BEING SERVED) MAY BE REQUIRED TO PAY ANY EXPENSES INCURRED IN SERVING A SUMMONS AND COMPLAINT IN ANY OTHER MANNER PERMITTED BY LAW.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the Complaint within 20 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgement of Receipt of Summons and Complaint was mailed on the 15th day of August, 2019.

PAIGE J. DONNELLY, LTD.

Dated: _____8/15/19_____

By:_____
Sheila K. Donnelly-Coyne, #237917
Attorney for Plaintiff
skdccfile@paigedonnelly.com
444 Cedar Street
2300 UBS Plaza
St. Paul, MN 55101
651-222-2797

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the Summons and Complaint in the above-captioned matter at 700 Lincoln Avenue, St. Paul, MN 55105

_____
Date of Signature

_____
Signature


_____
Relationship to Entity, authority to receive service of process on behalf of Defendant Dakota Supply Group

2

**FILED**
**09-18-2020**
**Clerk of Circuit Court**
**Washington County, WI**
**2020CV000443**
**Honorable Todd K.**
**Martens**
Branch 3



**TRAVELERS**

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**DAKOTA SUPPLY GROUP INC**
**AND AS PER IL T8 00**
**2601 3RD AVENUE NORTH**
**P.O. BOX 2886**
**FARGO ND 58108**

EXHIBIT

**Presented by: WARNER AND COMPANY**

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

TRAVELERS CORP. TEL: 1-800-328-2189

COMMON POLICY DECLARATIONS
ISSUE DATE: 10/25/13
POLICY NUMBER: Y-810-3D984291-TIL-13

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   DAKOTA SUPPLY GROUP INC
   AND AS PER IL T8 00
   2601 3RD AVENUE NORTH
   P.O. BOX 2886
   FARGO, ND 58108

2. POLICY PERIOD:  From 10/01/13 to 10/01/14 12:01 A.M. Standard Time at
                                                    your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy              Address


4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMMERCIAL AUTOMOBILE COV PART DECLARATIONS          CA T0 01 02 07 TIL


5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                        Policy No.              Insuring Company


                                 SEE CALCULATION OF PREMIUM
   DIRECT BILL                   COMPOSITE RATES ENDORSEMENT
7. PREMIUM SUMMARY:
   Provisional Premium  $ 130,699
   Due at Inception     $
   Due at Each          $

NAME AND ADDRESS OF AGENT OR BROKER:        COUNTERSIGNED BY:
   WARNER AND COMPANY (HX956)
   PO BOX 1470                              _____
   FARGO, ND 581071470                      Authorized Representative

                                            DATE: _____

IL T0 02 11 89(REV. 09-07)     PAGE 1 OF 1
OFFICE: MINNEAPOLIS

**TRAVELERS**

POLICY NUMBER:   Y-810-3D984291-TIL-13

EFFECTIVE DATE:   10-01-13

ISSUE DATE:   10-25-13

### LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 01 07    COMMON POLICY CONDITIONS
IL T3 02 07 86    CALCULATION OF PREMIUM-COMPOSITE RATE(S)
IL T8 00          NAMED INSURED
IL T8 25          GENERAL PURPOSE ENDORSEMENT
```

COMMERCIAL AUTOMOBILE

```
CA T0 01 02 07    BUSINESS AUTO COV PART ITEMS 1, 2
CA T0 03 03 10    BUS AUTO COV PART DECLARATIONS
CA T0 30 11 06    BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD
CA T0 31 03 10    TABLE OF CONTENTS-BUSINESS AUTO COV FORM
CA 00 01 03 10    BUSINESS AUTO COVERAGE FORM
CA 20 71 10 01    AUTO LOAN/LEASE GAP COVERAGE
CA T4 59 03 10    AMENDMENT OF EMPLOYEE DEFINITION
CA 01 17 11 11    WISCONSIN CHANGES
CA 01 23 11 12    SOUTH DAKOTA CHANGES
CA 01 38 02 07    MINNESOTA CHANGES
CA 01 60 02 03    IOWA CHANGES
CA 01 61 11 11    NORTH DAKOTA CHANGES
CA 20 01 03 06    ADDITIONAL INSURED-LESSOR
CA 21 03 11 11    WISCONSIN UNINSURED MOTORISTS COVERAGE
CA 21 12 03 06    IOWA UM & UIM COVERAGE
CA 21 24 09 08    MINNESOTA UM & UIM COVERAGE
CA 21 41 03 06    SOUTH DAKOTA UM COVERAGE
CA 21 45 11 11    WI UIM MOTORISTS COVERAGE
CA 21 83 11 11    ND UNINSURED MOTORISTS COVERAGE
CA 21 86 11 11    ND UNDERINSURED MOTORISTS COVERAGE
CA 22 25 01 07    MINNESOTA PERSONAL INJURY PROTECTION
CA 22 34 03 06    NORTH DAKOTA PERSONAL INJURY PROTECTION
CA 99 03 03 06    AUTO MED PAY COVERAGE
CA 99 24 11 11    WISCONSIN AUTO MEDICAL PAYMENTS COVERAGE
CA T3 53 03 10    BUSINESS AUTO EXTENSION ENDORSEMENT
CA 02 18 06 00    MN CHANGES-CANCELLATION & NONRENEWAL
CA 02 20 10 03    MT CHANGES-CANCELLATION & NONRENEWAL
CA T3 04 01 87    AMENDED TITLE-AUTO COVERAGE PARTS
CA T4 45 04 09    LOSS PAYABLE CLAUSE
CA T8 01          MOBILE HOMES
CA T8 02          AUTO LOAN/LEASE GAP (COMPREHENSIVE)
CA T8 03          AUTO LOAN/LEASE GAP (COLLISION)
CA 20 17 12 93    MOBILE HOMES CONTENTS NOT COVERED
```

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 23 of 201   Document 1-1
Exhibit A


**TRAVELERS**

**POLICY NUMBER:** Y-810-3D984291-TIL-13
**EFFECTIVE DATE:** 10-01-13
**ISSUE DATE:** 10-25-13

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL 00 21 09 08 | NUCLEAR ENERGY LIAB EXCL END-BROAD FORM |
| IL 01 65 09 08 | ND CHANGES-EXAM OF YOUR & RECORDS |
| IL 01 67 09 08 | MT CHANGES-CONFORMITY WITH STATUES |
| IL 01 80 09 07 | MT CHANGES-CONCEAL, MISREPRESENT, FRAUD |
| IL 01 84 09 07 | SOUTH DAKOTA CHANGES-APPRAISAL |
| IL 02 32 09 08 | SOUTH DAKOTA CHANGES-CANCELLATION |
| IL 02 34 09 08 | ND CHANGES-CANCELLATION AND NONRENEWAL |
| IL 02 76 09 08 | IA CHANGES-CANCELLATION AND NONRENEWAL |
| IL 02 83 09 07 | WI CHANGES-CANCELLATION AND NONRENEWAL |

IL T8 01 10 93                                               PAGE:   2 OF   2

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

1. The first Named Insured shown in the Declarations:

    a. Is responsible for the payment of all premiums; and

    b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

Exhibit A

the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. Equipment Breakdown Equivalent to Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

POLICY NUMBER: Y-810-3D984291-TIL-13                ISSUE DATE: 10-25-13

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM - COMPOSITE RATES

## A. SCHEDULE

**1.** This endorsement modifies insurance provided under the following Coverage Part(s):

COMMERCIAL AUTOMOBILE COVERAGE

**2.** This endorsement applies to the Declarations from    10-01-13    to  10-01-14   12:01  A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

**3.** Definition of Premium Base (Bases):

PER UNIT

**4.** Exceptions (if any) to compositing of premium calculation:

**5.** Premium Schedule

| COVERAGE | PREMIUM BASE |
|---|---|
| SEE IL T8 25 | |

| ESTIMATED EXPOSURE | RATE | ADVANCE PREMIUM |
|---|---|---|
| | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

## B. PROVISIONS

**1.** Referring to the Schedule above, the premium for the Coverage Parts shown in item 1, except with respect to any exceptions shown in item 4, shall be computed in accordance with the premium base (bases) and rate (rates) designated in item 5.

**2.** The premium for the excepted hazards shall be computed in accordance with the rates and rules filed by us or on our behalf.

**3.** The advance premium stated above is an estimated premium for the Declarations Period. Upon termination of this period, the earned premium shall be computed in accordance with the policy and this endorsement. If the earned premium thus computed exceeds the estimated advance premium paid, you shall pay the excess to us; if less, we shall return to you the unearned paid portion. Rates and premiums for any subsequent Declarations Periods shall be determined at the inception date of those respective periods and shall be specified in endorsements to be added to the policy. After termination of each period, the earned premium shall be computed in accordance with the policy and this endorsement.

IL T3 02 07 86 (Rev. 12-08)                                        Page 1 of 1

COMMERCIAL AUTO POLICY

ENDORSEMENT - IL T8 00 10 13

POLICY NUMBER   Y-810-3D984291-TIL-13

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

NAMED INSURED

IT IS AGREED THAT:

ITEM 1 NAMED INSURED TO READ:

DAKOTA SUPPLY GROUP INC
THIRD AVENUE COMMERCIAL RENTALS LLP
DAKOTA LAND COMPANY
D.E.S.C. LLP
BROADWAY COMMERCIAL RENTALS LLP
DESXF LLP
PLAINSCO, INC
INTERSTATE UTILITY PRODUCTS
MCLAUGHLIN ELECTRIC SUPPLY HOUSE INC
J.B. ELECTRIC SUPPLY
DESP RENTALS LLP
DAKOTA ELECTRIC SUPPLY COMPANY
HYDRO METERING TECHNOLOGY INC
W.A. ROOSEVELT CO
MDM SUPPLY INCORPORATED

EFFECTIVE DATE  10-01-13    EXPIRATION DATE  10-01-14
PAGE 0001   DATE OF ISSUE  10-25-13

POLICY NUMBER    Y-810-3D98429-1-TIL-13
ISSUE DATE:    10/25/13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

CALCULATION OF PREMIUM - COMPOSITE RATE(S)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

BUSINESS AUTO COVERAGE PART

VEHICLE TYPE: PRIVATE PASSENGER

| COVERAGE | POL LEVEL DED PHYSICAL DAMAGE | COMPOSITE MOD RATE | #VEHS | PREMIUM |
|---|---|---|---|---|
| LIABILITY | | 301 | 58 | 17458 |
| COMPREHENSIVE | 01000 | 23 | 58 | 1334 |
| COLLISION | 01000 | 49 | 58 | 2842 |

VEHICLE TYPE: LIGHT TRUCKS

| COVERAGE | POL LEVEL DED PHYSICAL DAMAGE | COMPOSITE MOD RATE | #VEHS | PREMIUM |
|---|---|---|---|---|
| LIABILITY | | 262 | 67 | 17554 |
| COMPREHENSIVE | 01000 | 24 | 64 | 1536 |
| COLLISION | 01000 | 95 | 64 | 6080 |

VEHICLE TYPE: MEDIUM TRUCKS

| COVERAGE | POL LEVEL DED PHYSICAL DAMAGE | COMPOSITE MOD RATE | #VEHS | PREMIUM |
|---|---|---|---|---|
| LIABILITY | | 454 | 24 | 10896 |
| COMPREHENSIVE | 01000 | 46 | 23 | 1058 |
| COLLISION | 01000 | 212 | 23 | 4876 |

SYMBOL NO  IL T8 25

PAGE    1

PRODUCER  WARNER AND COMPANY                OFFICE 116

POLICY NUMBER     Y-810-3D98429-1-TIL-13
ISSUE DATE:       10/25/13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

CALCULATION OF PREMIUM - COMPOSITE RATE(S)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

BUSINESS AUTO COVERAGE PART

VEHICLE TYPE: HEAVY TRUCKS

| COVERAGE | POL LEVEL DED PHYSICAL DAMAGE | COMPOSITE MOD RATE | #VEHS | PREMIUM |
|---|---|---|---|---|
| LIABILITY | | 949 | 45 | 42705 |
| COMPREHENSIVE | 02500 | 73 | 39 | 2847 |
| COLLISION | 02500 | 334 | 39 | 13026 |

VEHICLE TYPE: EXTRA HEAVY TRUCKS

| COVERAGE | POL LEVEL DED PHYSICAL DAMAGE | COMPOSITE MOD RATE | #VEHS | PREMIUM |
|---|---|---|---|---|
| LIABILITY | | 473 | 5 | 2365 |
| COMPREHENSIVE | 02500 | 63 | 5 | 315 |
| COLLISION | 02500 | 283 | 5 | 1415 |

VEHICLE TYPE: TRAILERS

| COVERAGE | POL LEVEL DED PHYSICAL DAMAGE | COMPOSITE MOD RATE | #VEHS | PREMIUM |
|---|---|---|---|---|
| LIABILITY | | 44 | 29 | 1276 |
| COMPREHENSIVE | 01000 | 24 | 20 | 480 |
| COLLISION | 01000 | 79 | 20 | 1580 |

SYMBOL NO  IL T8 25

PAGE     2

PRODUCER  WARNER AND COMPANY          OFFICE 116

POLICY NUMBER     Y-810-3D98429-1-TIL-13
ISSUE DATE:          10/25/13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

CALCULATION OF PREMIUM - COMPOSITE RATE(S)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

BUSINESS AUTO COVERAGE PART

| MISCELLANEOUS COVERAGES | PREMIUM |
|---|---|
| TOTAL PREMIUM | 1056 |

SYMBOL NO  IL T8 25

PRODUCER  WARNER AND COMPANY                PAGE     3
                                          OFFICE 116

# COMMERCIAL AUTOMOBILE

Exhibit A

# COMMERCIAL AUTOMOBILE

Exhibit A



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:  10-25-13   SC

ITEM ONE:               Policy Number:  Y-810-3D984291-TIL-13

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Declarations Period:  From:  10-01-13 to 10-01-14 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

The Commercial Automobile Coverage Part consists of these
Declarations and the Business Auto Coverage Form shown below.

FORM OF BUSINESS:  CORPORATION

ITEM TWO:
  A.  COVERAGE AND LIMITS OF INSURANCE:

      Coverage applies only to those Autos shown as Covered Autos by entry
      of one or more Symbols from SECTION 1 - Covered Auto of the
      BUSINESS AUTO COVERAGE FORM

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| | | The most we will pay for any one accident or loss. |
| LIABILITY | 1 | $  1,000,000 |
| PERSONAL INJURY PROTECTION (No Fault) | 5 | Separately stated in each PIP endorsement minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN. |
| AUTO MEDICAL PAYMENTS | 2 | $ 5,000 EACH PERSON |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 2 | SEE CA T0 30 |

CA T0 01 02 07                          PAGE  (CONTINUED)
PRODUCER WARNER AND COMPANY  HX956      OFFICE MPLS  116

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                BUSINESS AUTO
                                COVERAGE PART DECLARATIONS
                                Issue Date:  10-25-13  SC

                  Policy Number:  Y-810-3D984291-TIL-13
```

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| PHYSICAL DAMAGE Comprehensive Coverage | 8  10 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN for each covered Auto, but no deductible applies to loss caused by fire or lightning. SEE ITEM FOUR FOR HIRED OR BORROWED "AUTOS". SEE IL T8 25 |
| PHYSICAL DAMAGE Collision Coverage | 8  11 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN for each covered auto. SEE ITEM FOUR FOR HIRED OR BORROWED "AUTOS". SEE IL T8 25 |

```
        B. AUDIT PERIOD:  COMPOSITE AUTO
```

```
CA T0 01 02 07                        PAGE   (CONTINUED)
PRODUCER WARNER AND COMPANY  HX956    OFFICE MPLS  116
```

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date: 10-25-13   SC

Policy Number:  Y-810-3D984291-TIL-13

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 1-9, 19:  SEE BUSINESS AUTO COVERAGE FORM Section 1
   Covered Autos

    Symbol 10: COMPREHENSIVE COVERAGE APPLIES TO ALL OWNED AUTOS
           EXCEPT:

           EXCLUDING VEHICLES AND TRAILERS MODEL YEAR
           2000 AND PRIOR.

    Symbol 11: COLLISION COVERAGE APPLIES TO ALL OWNED AUTOS EXCEPT:

           EXCLUDING VEHICLES AND TRAILERS MODEL YEAR
           2000 AND PRIOR.

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause on reverse side)

CA T0 01 02 07                          PAGE  (CONTINUED)
PRODUCER WARNER AND COMPANY  HX956      OFFICE MPLS  116


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:   10-25-13   SC

Policy Number:   Y-810-3D984291-TIL-13

LOSS PAYABLE CLAUSE

A.   We will pay you and the loss payee named in the policy for "loss"
     to a covered "auto", as interest may appear.

B.   The insurance covers the interest of the loss payee unless the
     "loss" results from conversion, secretion or embezzlement on your
     part.

C.   We may cancel the policy as allowed by the CANCELLATION Common
     Policy Condition.  Cancellation ends this agreement as to the loss
     payee's interest.  If we cancel the policy we will mail you and the
     loss payee the same advance notice.

D.   If we make any payment to the loss payee, we will obtain their
     rights against any other party.


SCHEDULE OF LOSS PAYEES

VEHICLE NUMBER                    LOSS PAYEE (Name and Address)


CA T0 01 02 07                          PAGE   (CONTINUED)
PRODUCER WARNER AND COMPANY   HX956     OFFICE MPLS  116

Exhibit A



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| BUSINESS AUTO | POLICY NO.: Y-810-3D984291-TIL-13 |
| COVERAGE PART DECLARATIONS | ISSUE DATE: 10-25-13 |

**ITEM FOUR**

**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.**

**LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS USED IN YOUR MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| LIABILITY COVERAGE | ESTIMATED ANNUAL COST OF HIRE FOR ALL STATES | | PREMIUM |
|---|---|---|---|
| PRIMARY COVERAGE | $ | | $ |
| EXCESS COVERAGE | $ | | $ |
| | | TOTAL PREMIUM | $ |

For "autos" used in your motor carrier operations, cost of hire means:

    **(a)** The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein,

    **(b)** The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by the lessor or an "employee" of the lessee, or any other third party, and

    **(c)** The total dollar amount of any other costs (i.e., repair, maintenance, fuel, etc) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

**LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS NOT USED IN YOUR MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| LIABILITY COVERAGE | STATE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | | PREMIUM |
|---|---|---|---|---|
| PRIMARY COVERAGE | | $ | | $ |
| EXCESS COVERAGE | | $ | | $ INCL |
| | | | TOTAL PREMIUM | $ INCL |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

CA T0 03 03 10        © 2010 The Travelers Indemnity Company        Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS. (CONT'D)**

**PHYSICAL DAMAGE COVERAGES — COST OF HIRE RATING BASIS FOR ALL AUTOS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| COVERAGE | STATE | LIMIT OF INSURANCE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (Excluding Autos Hired With a Driver) | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ 1,000 DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | 75,000 | $ INCL |
| SPECIFIED CAUSES OF LOSS | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | $ |
| COLLISION | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ 1,000 DEDUCTIBLE FOR EACH COVERED AUTO. | 75,000 | $ INCL |
| | | | TOTAL PREMIUM | $ INCL |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented, or borrowed with a driver.

**ITEM FIVE**
**SCHEDULE FOR NON-OWNERSHIP LIABILITY**

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| OTHER THAN GARAGE SERVICE OPERATIONS AND OTHER THAN SOCIAL SERVICE AGENCIES | NUMBER OF EMPLOYEES | | $ INCL |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| GARAGE SERVICE OPERATIONS | NUMBER OF EMPLOYEES WHOSE PRINCIPAL DUTY INVOLVES THE OPERATION OF AUTOS | | $ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| SOCIAL SERVICE AGENCIES | NUMBER OF EMPLOYEES | | $ |
| | NUMBER OF VOLUNTEERS WHO REGULARLY USE AUTOS TO TRANSPORT CLIENTS | | $ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| | | TOTAL PREMIUM | $ INCL |

PRODUCER                      OFFICE
Page 2 of 2

© 2010 The Travelers Indemnity Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CA T0 03 03 10

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO/TRUCKERS/GARAGE/
MOTOR CARRIER COVERAGE PART
SUPPLEMENTARY SCHEDULE**

**POLICY NO.: Y-810-3D984291-TIL-13
ISSUE DATE: 10-25-13**

**ITEM TWO
COVERAGE AND LIMITS OF INSURANCE
UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.

**Coverage
UNINSURED MOTORISTS          LIMIT OF INSURANCE**

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|-------|---|---|---|---|---|
| IA | | $ 1,000,000 | | | |
| MN | | $ 1,000,000 | | | |
| MT | | $ 1,000,000 | | | |
| ND | | $ 1,000,000 | | | |
| SD | | $ 1,000,000 | | | |
| WI | | $ 1,000,000 | | | |

**UNDERINSURED MOTORISTS          LIMIT OF INSURANCE
(When Underinsured Motorists is a separate coverage)**

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|-------|---|---|---|---|---|
| IA | | $ 1,000,000 | | | |
| MN | | $ 1,000,000 | | | |
| ND | | $ 1,000,000 | | | |
| SD | | $ 1,000,000 | | | |
| WI | | $ 1,000,000 | | | |

**CA T0 30 11 06**    Includes the copyrighted material of Insurance Services Office, Inc. with its permission.    Page 1 of 1
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

# TABLE OF CONTENTS

# BUSINESS AUTO COVERAGE FORM

Beginning on Page

SECTION I – COVERED AUTOS
Description Of Covered Auto Designation Symbols ..................................................................... 1
Owned Autos You Acquire After The Policy Begins ................................................................... 2
Certain Trailers And Temporary Substitute Autos ..................................................................... 2
SECTION II – LIABILITY COVERAGE
Coverage ..................................................................................................................................... 2
Who Is An Insured ....................................................................................................................... 2
Coverage Extensions
Supplementary Payments ....................................................................................................... 3
Out of State ............................................................................................................................. 3
Exclusions.................................................................................................................................... 3
Limit of Insurance ....................................................................................................................... 5
SECTION III – PHYSICAL DAMAGE COVERAGE
Coverage ..................................................................................................................................... 6
Exclusions.................................................................................................................................... 6
Limit of Insurance ....................................................................................................................... 7
Deductible.................................................................................................................................... 8
SECTION IV – BUSINESS AUTO CONDITIONS
Loss Conditions
Appraisal For Physical Damage Loss ..................................................................................... 8
Duties in the Event Of Accident, Claim, Suit or Loss ............................................................ 8
Legal Action Against Us .......................................................................................................... 8
Loss Payment – Physical Damage Coverage ......................................................................... 8
Transfer Of Rights Of Recovery Against Others To Us .......................................................... 9
General Conditions
Bankruptcy.............................................................................................................................. 9
Concealment, Misrepresentation Or Fraud ........................................................................... 9
Liberalization........................................................................................................................... 9
No Benefit To Bailee – Physical Damage Coverages ............................................................ 9
Other Insurance ...................................................................................................................... 9
Premium Audit ........................................................................................................................ 9
Policy Period, Coverage Territory ........................................................................................ 10
Two Or More Coverage Forms Or Policies Issued By Us ..................................................... 10
SECTION V – DEFINITIONS ......................................................................................................... 10

CA T0 31 03 10          © 2010 The Travelers Indemnity Company                    Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 41 of 201   Document 1-1
Exhibit A

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

COMMERCIAL AUTO

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols 1, 2, 3, 4, 5, 6 or 19 are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol 7 is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this coverage form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

© Insurance Services Office, Inc., 2009

**CA 00 01 03 10** (Rev. 02-11)

Exhibit A

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

COMMERCIAL AUTO

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

    **(1)** Employment by the "insured"; or

    **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

    **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the coverage form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this ex-

clusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed.

© Insurance Services Office, Inc., 2009

Case 2:20-cv-01600-LA    Filed 10/21/20    Page 45 of 201    Document 1-1

Exhibit A

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from

COMMERCIAL AUTO

continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   (3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

### B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or

© Insurance Services Office, Inc., 2009     **CA 00 01 03 10** (Rev. 02-11)

COMMERCIAL AUTO

event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

(1) The explosion of any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph c. above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs a. and b. above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

1. The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. $1,000 is the most we will pay for "loss" in any one "accident" to all electronic equipment that reproduces, receives or transmits audio, visual or data signals which, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**b.** Removable from a permanently installed housing unit as described in Paragraph **2.a.** above or is an integral part of that equipment; or

**c.** An integral part of such equipment.

3. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

CA 00 01 03 10 (Rev. 02-11)          © Insurance Services Office, Inc., 2009          Page 7 of 12

COMMERCIAL AUTO

4. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

  **1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

  **2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

      **(1)** How, when and where the "accident" or "loss" occurred;

      **(2)** The "insured's" name and address; and

      **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

    **b.** Additionally, you and any other involved "insured" must:

      **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

      **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

      **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

      **(4)** Authorize us to obtain medical records or other pertinent information.

      **(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

    **c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

      **(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

      **(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

      **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

      **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

  **3. Legal Action Against Us**

No one may bring a legal action against us under this coverage form until:

    **a.** There has been full compliance with all the terms of this coverage form; and

    **b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

  **4. Loss Payment – Physical Damage Coverages**

At our option we may:

    **a.** Pay for, repair or replace damaged or stolen property;

Case 2:20-cv-01600-LA    Filed 10/21/20    Page 49 of 201    Document 1-1
Exhibit A

COMMERCIAL AUTO

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this coverage form.

**2. Concealment, Misrepresentation Or Fraud**

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

a. This coverage form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this coverage form.

**3. Liberalization**

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this coverage form.

**5. Other Insurance**

a. For any covered "auto" you own, this coverage form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this coverage form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this coverage form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this coverage form's Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

COMMERCIAL AUTO

**7. Policy Period, Coverage Territory**

Under this coverage form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if:

**(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(b)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the coverage forms or policies shall not exceed the highest applicable Limit of Insurance under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other simi-

Case 2:20-cv-01600-LA    Filed 10/21/20    Page 51 of 201    Document 1-1

Exhibit A

lar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

  **1.** A lease of premises;

  **2.** A sidetrack agreement;

  **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

  **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

  **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

  **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

COMMERCIAL AUTO

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

   However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

N. "Suit" means a civil proceeding in which:

   1. Damages because of "bodily injury" or "property damage"; or

   2. A "covered pollution cost or expense";

   to which this insurance applies, are alleged.

   "Suit" includes:

   a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

O. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

P. "Trailer" includes semitrailer.

     © Insurance Services Office, Inc., 2009     CA 00 01 03 10 (Rev. 02-11)

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO LOAN/LEASE GAP COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

| Vehicle No. | Description Of Loan/Lease "Auto(s)" Which Are Covered "Autos" | Other Than Collision Additional Premium | Collision Additional Premium |
|---|---|---|---|
| | ALL OWNED AUTOS EXCEPT VEHICLES AND TRAILERS MODEL YEAR 2000 AND PRIOR | $ INCL | $ INCL |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The **Physical Damage Coverage** Section is amended by the addition of the following:

In the event of a total "loss" to a covered "auto" shown in the Schedule or Declarations for which a specific premium charge indicates that Auto Loan/Lease GAP Coverage applies, we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

1. The amount paid under the Physical Damage Coverage Section of the policy; and

2. Any:

a. Overdue lease/loan payments at the time of the "loss";

b. Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage.

c. Security deposits not returned by the lessor;

d. Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

e. Carry-over balances from previous loans or leases.

CA 20 71 10 01    © ISO Properties, Inc., 2000    Page 1 of 1

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EMPLOYEE DEFINITION

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

The following replaces the definition of "employee" in the **DEFINITIONS** Section:

"Employee" includes a "leased worker" and a "temporary worker".

© 2010 The Travelers Indemnity Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Wisconsin, the coverage form is changed as follows:

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

1. If your business is other than selling, servicing, repairing or parking "autos", Who Is An Insured is changed to include an officer, agent or "employee" of such business while using a covered "auto". However, that person is an "insured" only if he or she has no other valid and collectible insurance with at least the applicable minimum limit specified in WIS. STAT. ch. 344. In this event, coverage will be provided only up to the applicable minimum limit specified in WIS. STAT. ch. 344. The applicable minimum limit is:

   a. $60,000 for each "accident" for "bodily injury" and "property damage", if the limit of liability is a single limit that applies for each "accident"; or

   b. $25,000 for each person/$50,000 for each "accident" for "bodily injury"/$10,000 for "property damage", if the limit of liability is indicated as a split limit.

2. If your business is selling, servicing, repairing or parking "autos", Who Is An Insured is changed to include anyone other than an officer, agent or "employee" of such business while using a covered "auto". However, that person is an "insured" only if he or she has no other valid and collectible insurance with at least the applicable minimum limit specified in WIS. STAT. ch. 344. In this event, coverage will be provided only up to the applicable minimum limit specified in WIS. STAT. ch. 344. The applicable minimum limit is:

   a. $60,000 for each "accident" for "bodily injury" and "property damage", if the limit of

liability is a single limit that applies for each "accident"; or

   b. $25,000 for each person/$50,000 for each "accident" for "bodily injury"/$10,000 for "property damage", if the limit of liability is indicated as a split limit.

3. The following is added to **Who Is An Insured:**

   Anyone else is an "insured" while using a covered "auto" you own with your or any adult "family member's" permission.

4. The Garage Coverage Form is changed as follows:

   a. Paragraph a.(2)(d)(I) of the **Who Is An Insured** Provision is replaced by the following:

      (I) Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to $60,000 for each "accident", which is the minimum combined single limit of liability specified in WIS. STAT. ch. 344.

   b. Paragraph a.(2)(d)(ii) of the **Who Is An Insured** Provision is replaced by the following:

      (ii) Has other available insurance (whether primary, excess or contingent), less than the applicable minimum limit for "bodily injury" or "property damage" liability specified in WIS. STAT. ch. 344, they are an "insured" only for the amount by which the applicable minimum limit of liability exceeds

 © Insurance Services Office, Inc., 2011.

COMMERCIAL AUTO

the limit of their other insurance. The applicable minimum limit is:

i.  $60,000 for each "accident" for "bodily injury" or "property damage", if the limit of liability is a single limit that applies for each "accident"; or

ii. $25,000 for each person/$50,000 for each "accident" for "bodily injury"/$10,000 for "property damage", if the limit of liability is indicated as a split limit.

**5.** The **Fellow Employee** Exclusion does not apply if the "bodily injury" results from the use of a covered "auto" you do not own or lease.

**B. Changes In Conditions**

**1.** The first sentence of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

We have no duty to provide coverage under this policy if failure to comply with the following duties is prejudicial to us:

In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representatives notice as soon as reasonably possible of the "accident" or "loss".

**2.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

We shall be entitled to a recovery only after the "insured" has been fully compensated for damages.

**3.** The **Legal Action Against Us** Condition does not apply.

**4.** The following is added to the **Concealment, Misrepresentation Or Fraud** Condition:

No oral or written statement, representation or warranty made by the "insured" or on his or her behalf in the negotiation for or procurement of this coverage form shall be deemed material or defeat or void this coverage form, unless such statement, representation or warranly was false and made with intent to deceive, or unless the matter misrepresented or made a warranty, increased the risk or contributed to the "loss". In addition, no breach of a warranty in this coverage form shall defeat or void this coverage form unless the breach of such warranty increased the risk at the time of "loss", or contributed to the "loss", or existed at the time of the "loss".

Our authorized representative's knowledge will be considered our knowledge. If our authorized representative knows before an "accident" or "loss" something which violates a policy condition, this will not void the policy or defeat a recovery for a claim.

If we elect to rescind this policy, we will notify the "insured" of our intention within 60 days after acquiring knowledge of sufficient facts to constitute grounds for rescission.

**5.** The following is added:

**Conformity To Statute Or Rule**

Any provision of this Coverage Part (including endorsements which modify the Coverage Part) that is in conflict with a Wisconsin statute or rule is hereby amended to conform to that statute or rule.

The term rule means a valid rule promulgated by the Commissioner of Insurance in accordance with the rule-making authority conferred under WIS. STAT. Section 227.11(2) and published in the Wisconsin Administrative Code.

© Insurance Services Office, Inc., 2011.

CA 01 17 11 11

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH DAKOTA CHANGES

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, South Dakota, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

Paragraph **3.a.(2)(d)** of the **Who Is An Insured** provision in the Garage Coverage Form does not apply.

**B. Changes In Physical Damage Coverage**

The Limit Of Insurance provision with respect to repair or replacement resulting in better than like kind or quality is replaced by the following, and supersedes any provision to the contrary:

We may deduct for betterment from the amount we pay for the "loss" only if the repair or replacement results in an increase in the fair market value of the vehicle.

Betterment as used in this provision means the difference between:

**a.** The fair market value of the vehicle before the "loss"; and

**b.** The fair market value of the vehicle after repair or replacement.

**C. Changes In Conditions**

The **Legal Action Against Us** Condition is replaced by the following:

**Legal Action Against Us**

No one has the right under this policy to bring us into an action to determine the "insured's" liability.

COMMERCIAL AUTO

**THE ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES

For a covered "auto" licensed or principally garaged in Minnesota, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Common Policy** Conditions are amended as follows:

The Examination Of Your Books And Records applies except that the time we have to examine your records after the policy period is changed from three years to one year.

**B.** The third paragraph of **A. Coverage** in **Section II – Liability Coverage** of the Business Auto, Motor Carrier, and Truckers Coverage Forms is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**C.** The **Coverage Extensions** of **Section II – Liability Coverage** of the Business Auto, Truckers, and Motor Carrier Coverage Forms are amended as follows:

**2.** **Coverage Extension**

**a.** **Supplementary Payments**

We will pay for the "insured":

**(7)** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**D.** Paragraph **C. Limit Of Insurance** in **Section II – Liability Coverage** of the Business Auto, Motor Carrier, and Truckers Coverage Forms is revised by the addition of the following:

We will apply the Limit of Insurance for Liability Coverage shown in the Declarations to provide separate limits required by law for bodily injury liability and property damage liability. However, this provision will not change our total Limit of Insurance.

**E.** Paragraph **A.2.** of **Section III – Trailer Interchange Coverage** in the Motor Carrier and Truckers Coverage Forms is replaced by the following:

We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We will settle or defend, as we consider appropriate, any claim or "suit" asking for damages which are payable under the terms of this Coverage Form.

**F.** Paragraph **A.3. Coverage Extensions** of **Section III – Trailer Interchange Coverage** in the Motor Carrier Coverage Form and the Truckers Coverage Form is revised by the addition of the following:

**(f)** Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**G.** The Conditions are amended as follows:

COMMERCIAL AUTO

1. **Transfer Of Rights Of Recovery Against Others To Us** is amended by the addition of the following:

   a. Our rights under this condition with respect to all coverages other than Liability Coverage do not apply against a person who is 21 years of age or older who:

      (1) Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

      (2) Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

      and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

   b. Our rights are subject to any applicable limitations contained in the Minnesota statutes.

   c. With respect to Physical Damage, if you have received less than all of your deductible amount after a subrogation settlement or judgment, you will retain your right to recover the remaining portion of the deductible from parties liable for the "loss".

   d. Our rights do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

2. **Concealment, Misrepresentation Or Fraud** does not apply to Liability Coverage.

   However, we will not pay for any "loss" or damage in any case of fraud by you at any time as it relates to this Coverage Form. We will not pay for any "loss" or damage if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

   a. This Coverage Form;

   b. The covered "auto";

   c. Your interest in the covered "auto"; or

   d. A claim under this Coverage Form.

3. The **Appraisal For Physical Damage Loss** Condition in the Business Auto, Motor Carrier and Truckers Coverage Forms and the **Appraisal** Condition in the Business Auto Physical Damage Coverage Form are replaced by the following:

   If you and we disagree on the amount of "loss", and the disputed amount is:

   a. $10,000 or less, both parties must submit to appraisal; or

   b. More than $10,000, either party may demand an appraisal of the "loss".

   In the event of an appraisal, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we still retain our right to deny the claim.

4. The lead-in wording of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto, Motor Carrier, and Truckers Coverage Forms is replaced by the following:

   The following duties apply:

5. **Bankruptcy** is replaced by the following:

   Bankruptcy, insolvency or dissolution of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

   © ISO Properties, Inc., 2006   CA 01 38 02 07

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IOWA CHANGES

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided under this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Changes In Conditions**

The following is added to the **Legal Action Against Us** Condition:

However, a judgment creditor shall have a right to sue us to recover an execution on a judgment returned unsatisfied against an "insured" to the same extent that such "insured" could have enforced the "insured's" claim against us had the "insured" paid such judgment, but we will not be liable for damages that are in excess of the applicable limit of insurance.

     © ISO Properties, Inc., 2002     

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NORTH DAKOTA CHANGES

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, North Dakota, **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance — Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are changed by adding the following:

1. Liability coverage, uninsured motorists coverage, underinsured motorists coverage, medical payments coverage, personal injury protection coverage and additional personal injury protection coverage are primary for an "auto" loaned, rented or leased to the "insured" and owned by someone in the business of selling, repairing, servicing, storing, leasing, renting or parking motor vehicles.

2. If you are in a business described in **1.**, the coverages described in **1.** are excess for an "auto" you own if operated by an "insured" other than you or your "employee"

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LESSOR — ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

Insurance Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Policy Number: Y-810-3D984291-TIL-13

Effective Date: 10-01-13                Expiration Date: 10-01-14

Named Insured: DAKOTA SUPPLY GROUP INC
              AND AS PER IL T8 00

Address: 2601 3RD AVENUE NORTH
         P.O. BOX 2886
         FARGO                ND  58108

Additional Insured (Lessor):

Address:

Designation or Description of Leased "Autos":

ANY "AUTO" LEASED FOR A PERIOD OF SIX MONTHS OR MORE
UNDER A LEASING CONTRACT OR AGREEMENT THAT REQUIRES
YOU TO PROVIDE DIRECT PRIMARY INSURANCE FOR THE LESSOR.

| Coverages | Limit Of Insurance |
|---|---|
| **Liability** | $ 1,000,000     Each "Accident" |
| **Comprehensive** | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus $ SEE ILT825 Deductible For Each Covered "Leased Auto" |
| **Collision** | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus $ SEE ILT825 Deductible For Each Covered "Leased Auto" |
| **Specified Causes Of Loss** | Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus $ Deductible For Each Covered "Leased Auto" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**CA 20 01 03 06**                © ISO Properties, Inc., 2005                Page 1 of 2

COMMERCIAL AUTO

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, **Who Is An Insured** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   **a.** You;

   **b.** Any of your "employees" or agents; or

   **c.** Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

© ISO Properties, Inc., 2005

**CA 20 01 03 06**

Exhibit A

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

POLICY NUMBER: Y-810-3D984291-TIL-13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WISCONSIN UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged, or "garage operations" conducted, in Wisconsin, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

### SCHEDULE

**Limit Of Insurance:**    **$ SEE CAT030 Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

### A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

### B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone else "occupying" an "auto" you do not own who is an "insured" for liability under the coverage form, but only at times when that person is an "insured" for liability under the coverage form.

   d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone else "occupying" an "auto" you do not own who is an "insured" for liability under the coverage form, but only at times when that person is an "insured" for liability under the coverage form.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

### C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;

Case 2:20-cv-01600-LA    Filed 10/21/20    Page 65 of 201    Document 1-1
Exhibit A

COMMERCIAL AUTO

    **b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form; or

    **c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other coverage form or policy.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

**2.** The Limit of Insurance under this coverage shall be reduced by:

    **a.** All sums paid or payable under any workers' compensation, disability benefits or similar law; and

    **b.** All sums paid by or for anyone who is legally responsible, including all sums paid under this coverage form's Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not make a duplicate payment to the extent amounts are paid or payable because of "bodily injury" under workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The conditions are changed for Uninsured Motorists Coverage as follows:

**1. Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

    **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

    **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

    **c.** If the coverage under this coverage form is provided:

        **(1)** On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

        **(2)** On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

© Insurance Services Office, Inc., 2011     **CA 21 03 11 11**

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. We shall be entitled to the right to recover damages from another only after the "insured" has been fully compensated for damages.

   b. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid only after the "insured" has been fully compensated for damages.

4. The following condition is added:

   **Arbitration**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

F. **Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which no liability bond or policy at the time of an "accident" provides at least the applicable minimum limit for "bodily injury" liability specified in WIS. STAT. ch. 344. The applicable minimum limit is:

      (1) $50,000 for each "accident", if the limit of liability is a single limit that applies for each "accident"; or

      (2) $25,000 for each person/$50,000 for each "accident", if the limit of liability is indicated as a split limit;

   b. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   c. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying", or must hit another vehicle that hits an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

   d. That is a phantom motor vehicle and neither the driver nor owner can be identified. The vehicle must make no physical contact with the insured nor with a vehicle the insured is occupying, and all of the following must apply:

      (1) The facts of the accident must be corroborated by competent evidence that is provided by someone other than the "insured" or any other person who makes a claim against the uninsured motorists coverage as a result of the accident;

      (2) Within 72 hours after the accident, the "insured" or someone on behalf of the "insured" must report the accident to a police, peace or judicial officer or to the department of transportation or, if the accident occurs outside of Wisconsin, the equivalent agency in the state where the accident occurs; and

      (3) Within 30 days after the accident occurs, the "insured" or someone on

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO

behalf of the "insured" must file with the insurer a statement under oath that the "insured" or a legal representative of the "insured" has a cause of action arising out of the accident for damages against a person whose identity is not ascertainable and setting forth the facts in support of the statement. However, "uninsured motor vehicle" does not include any vehicle:

a. Owned by a governmental unit or agency;

b. Operated exclusively on rails or crawler treads;

c. Designed for use mainly off public roads while not on public roads;

d. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent; or

e. That is an underinsured motor vehicle.

     © Insurance Services Office, Inc.,2011     **CA 21 03 11 11**

Exhibit A

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IOWA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Iowa, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

**Limit Of Liability:  $ SEE CAT030   Each "Accident"**

The definition of "uninsured motor vehicle" in this endorsement applies in its entirety unless an "X" is entered below:

☐ If an "X" is entered in this box, Paragraph **b.** of the definition of "uninsured motor vehicle" does not apply.

☐ If an "X" is entered in this box, only Paragraph **b.** of the definition of "uninsured motor vehicle" applies.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1.  We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2.  With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under the coverage selected under this endorsement only if Paragraph **a.** or **b.** below applies:

    a.  The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

    b.  A tentative settlement has been made between an "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and we:

        (1) Have been given prompt written notice of such tentative settlement; and

        (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1.  An Individual, then the following are "insureds":

    a.  The Named Insured and any "family members".

    b.  Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

    c.  Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2.  A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

    a.  Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto".

COMMERCIAL AUTO

The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", in accordance with the procedure described in Paragraph **A.2.b.**

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** "Bodily injury" sustained by an individual Named Insured while "occupying" or struck by any vehicle owned by that Named Insured which is not a covered "auto".

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance For Uninsured And Underinsured Motorists Coverage shown in this endorsement.

**2.** With respect to damages resulting from an "accident" with an "uninsured motor vehicle", as defined in Paragraphs **F.3.a., c.** and **d.** of the definition of "uninsured motor vehicle", the Limit of Insurance shall be reduced by:

   **a.** All sums paid or payable under any workers' compensation, disability benefits or similar law; and

   **b.** All sums paid by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage and any Liability Coverage Form.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. Changes In Conditions

The conditions of the policy are changed for Uninsured And Underinsured Motorists Coverage as follows:

**1. Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

   **b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

   **c.** If the coverage under this Coverage Form is provided:

     **(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liabil-

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 70 of 201   Document 1-1
Exhibit A

ity bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

a. Promptly notify the police if a hit-and-run driver is involved; and

b. Promptly send us copies of the legal papers if a suit is brought.

c. A person seeking coverage from an insurer, owner or operator of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer and allow us to advance payment to that "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

3. The **Legal Action Against Us** provision is replaced by the following:

a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form; and

b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident", the "insured" has filed an action for "bodily injury" against the owner or operator of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", and such action is:

(1) Filed in a court of competent jurisdiction; and

(2) Not barred by the applicable state statute of limitations.

In the event that the two year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

a. With respect to Paragraph **b.** of the definition of "uninsured motor vehicle", if any person or organization to or for whom we make payment under this coverage has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to prejudice them.

b. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid, less our pro rata share of expenses incurred in recovering those damages. However, with respect to Paragraph **b.** of the definition of "uninsured motor vehicle", we shall be entitled to recovery only after the "insured" has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" if we:

(1) Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle"; and

(2) Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

(1) That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

(2) We also have a right to recover the advance payment.

COMMERCIAL AUTO

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the Iowa Motor Vehicle and Safety Responsibility Act; or

   b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of the "accident" do not provide at least the amount an "insured" is legally entitled to

recover as damages resulting from "bodily injury" caused by the "accident".

   c. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   d. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

   a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

   b. Owned by a governmental unit or agency; or

   c. Designed for use mainly off public roads while not on public roads.

      © ISO Properties, Inc., 2005      CA 21 12 03 06

Exhibit A

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Minnesota, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## SCHEDULE

| Coverage | | Limit Of Insurance |
|---|---|---|
| Uninsured Motorists Coverage: | $  SEE  CAT030 | Each "Accident" |
| Underinsured Motorists Coverage: | $  SEE  CAT030 | Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

    **1.** We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle".

    **2.** Any judgment for damages arising out of a "suit" brought against an uninsured or underinsured motorist is not binding on us unless we have:

        **a.** Received reasonable notice of the commencement of the "suit" resulting in judgment; and

        **b.** Had a reasonable opportunity to protect our interests in the "suit".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

    **1.** An individual, then the following are "insureds":

        **a.** The Named Insured and any "family members".

        **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

        **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

    **2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

        **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

        **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

CA 21 24 09 08

© Insurance Services Office, Inc., 2008

Page 1 of 5

COMMERCIAL AUTO

**C. Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled with the owner or operator of an "uninsured motor vehicle" without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" under Uninsured Motorists Coverage, if that "bodily injury" is sustained by:

   a. An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage; or

   b. Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage.

4. "Bodily injury" under Underinsured Motorists Coverage, if that "bodily injury" is sustained by:

   a. An individual Named Insured while "occupying" a vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage; or

   b. Any "family member" while "occupying" any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage.

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so. However, this exclusion does not apply to a "family member" who is not identified by name in any other contract for a plan of reparation security complying with the Minnesota no-fault insurance act, while using a covered "auto" which is owned by the Named Insured.

6. Punitive or exemplary damages.

7. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident":

   a. With an "uninsured motor vehicle" is the limit of Uninsured Motorists Coverage shown in the Schedule.

   b. With an "underinsured motor vehicle" is the limit of Underinsured Motorists Coverage shown in the Schedule.

   We will apply the limit of liability for each of these coverages as shown in the Schedule to provide separate limits required by law for uninsured and underinsured "bodily injury" liability.

2. Any amounts otherwise payable for damages under this insurance shall be reduced by all sums paid or payable or which would be paid or payable except for the application of a deductible under Personal Injury Protection applicable to the same element of loss.

3. We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage Form, or any Medical Payments Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The conditions are changed for Uninsured Motorists Coverage and Underinsured Motorists Coverage as follows:

1. The reference in **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms to "other applicable insurance" applies only to other collectible uninsured motorists insurance and is replaced by the following:

COMMERCIAL AUTO

**a.** With respect to coverage we provide when a covered "auto" the Named Insured owns is involved in an "accident", only:

    **(1)** The Limit of Insurance for Uninsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "uninsured motor vehicle" is legally responsible.

    **(2)** The Limit of Insurance for Underinsured Motorists Coverage applicable to that "auto" will apply for damages for which the owner or operator of the "underinsured motor vehicle" is legally responsible.

**b.** If an "insured" sustains "bodily injury" while:

    **(1)** "Occupying" a vehicle not owned by that person or while not "occupying" any vehicle; or

    **(2)** "Occupying" a vehicle owned by the Named Insured or any "family member", if the Named Insured is an individual, and such vehicle is insured under one or more separate policies providing uninsured motorists or underinsured motorists insurance;

the following priorities of recovery apply:

**First Priority** The policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the vehicle the "insured" was "occupying" at the time of the "accident".

**Second Priority** Any Coverage Form or policy affording Uninsured Motorists Coverage or Underinsured Motorists Coverage to the "insured" as an individual Named Insured or "family member".

    **(1)** Where there is no applicable insurance available under the first priority, the maximum recovery under all Coverage Forms or policies in the second priority shall not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy.

    **(2)** Where there is applicable insurance available under the first priority:

    **(a)** The Limit of Insurance applicable to the vehicle the "insured" was "occupying", under the Coverage Form or policy in the first priority, shall first be exhausted; and

    **(b)** If there is other applicable insurance available under one or more policies or provisions of coverage:

        The maximum recovery in the second priority under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

        Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

        If the coverage under this coverage form is provided:

    **(i)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

    **(ii)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

    **(3)** We will pay only our share of the "loss", not to exceed our share of the maximum recovery. Our share is the proportion that our Limit of Insurance

CA 21 24 09 08         © Insurance Services Office, Inc., 2008         Page 3 of 5

COMMERCIAL AUTO

bears to the total of all applicable limits in the same level of priority.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

  **a.** Promptly notify the police if a hit-and-run driver is involved; and

  **b.** Promptly send us copies of the legal papers if a "suit" is brought.

For an "underinsured motor vehicle", **Duties In The Event Of Accident, Claim, Suit Or Loss** is also changed by adding the following:

  **a.** Promptly notify us in writing of a tentative settlement between the "insured" and the insurer of an "underinsured motor vehicle". Such notice shall:

    **(1)** Identify the "insured", the owner or driver of the "underinsured motor vehicle", and the insurer of the "underinsured motor vehicle";

    **(2)** Disclose the limits of the automobile liability insurance available to the owner or driver of the "underinsured motor vehicle"; and

    **(3)** Disclose the agreed upon amount of the tentative settlement; and

  **b.** Allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following and supersedes any provision to the contrary:

  **a.** If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

  **b.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

  **c.** For an "underinsured motor vehicle", Paragraph **3.a.** of the Transfer Of Rights

Of Recovery Against Others To Us Condition does not apply if:

  **(1)** We have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

  **(2)** We fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of written notification:

  **(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

  **(2)** We also have a right to recover the advance payment.

  **d.** Our rights under Paragraph **3.a.** of this condition do not apply against any person or organization insured under this or any other Coverage Form we issue with respect to the same "accident" or "loss".

  **e.** Our rights under this condition do not apply against a person who is 21 years of age or older who:

    **(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

    **(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

  and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

  **f.** Our rights are subject to any applicable limitations contained in the Minnesota statutes.

© Insurance Services Office, Inc., 2008

COMMERCIAL AUTO

4. The following condition is added:

**ARBITRATION**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

a. To which (1) no bodily injury liability bond or policy applies at the time of an "accident" or (2) a bodily injury liability bond or policy applies at the time of the "accident" but its limit for bodily injury liability is less than the minimum limit for bodily injury liability specified by the Minnesota No-fault Automobile Insurance Act;

b. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

c. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying", or must cause an "accident" resulting in "bodily injury" to an "insured" without hitting a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle or equipment:

a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who (1) denies coverage, (2) is or becomes insolvent or (3) cannot provide the amounts required by that motor vehicle law;

b. Designed for use mainly off public roads while not on public roads;

c. That is an "underinsured motor vehicle";

d. Owned by or furnished or available for the regular use of an "insured";

e. Operated on rails or crawler treads; or

f. While located for use as a residence or premises.

4. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which a bodily injury liability bond or policy applies at the time of the "accident" in limits equal to or greater than the minimum limits specified by the Minnesota No-fault Automobile Insurance Act but its limit for "bodily injury" liability is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident".

However, "underinsured motor vehicle" does not include any vehicle or equipment:

a. For which a liability bond or policy applies at the time of the "accident", but the bonding or insuring company (1) denies coverage or (2) is or becomes insolvent;

b. Designed for use mainly off public roads while not on public roads;

c. That is an "uninsured motor vehicle";

d. Owned by or furnished or available for the regular use of an "insured";

e. Operated on rails or crawler treads; or

f. While located for use as a residence or premises.

CA 21 24 09 08                    © Insurance Services Office, Inc., 2008                    Page 5 of 5

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH DAKOTA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

**Limit Of Insurance**

| | | |
|---|---|---|
| **Uninsured Motorists Coverage:** | $ SEE CAT030 | Each "Accident" |
| **Underinsured Motorists Coverage:** | $ SEE CAT030 | Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured" or "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured" or "underinsured motor vehicle".

2. If this insurance provides a limit in excess of the amounts required by the applicable law where a covered "auto" is principally garaged, we will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements.

3. No judgment for damages arising out of a "suit" brought against, or settlement entered into with, the owner or operator of an "uninsured motor vehicle" or an "underinsured motor vehicle" is binding on us unless we:

   a. Received reasonable notice of the pendency of the "suit" resulting in judgment or the negotiations resulting in settlement; and

   b. Had a reasonable opportunity to protect our interests in the "suit" or settlement.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

COMMERCIAL AUTO

## C. Exclusions

This insurance does not apply to:

1. Punitive or exemplary damages.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

4. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other au-

thority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the applicable limit of Uninsured Motorists Coverage and Underinsured Motorists Coverage shown in the endorsement Schedule. However, subject to the provisions in Paragraphs **D.1.a.** and **b.** below, in the case of an "accident" involving both an "uninsured motor vehicle" and an "underinsured motor vehicle", the most we will pay is both the limit of Uninsured Motorists Coverage and the limit of Underinsured Motorists Coverage shown in the endorsement Schedule.

   a. The limit entry for Uninsured Motorists Coverage in the endorsement Schedule applies only to "uninsured motor vehicles" as defined in Paragraph **F.3.** of the Additional Definitions Section.

   b. The limit entry for Underinsured Motorists Coverage in the endorsement Schedule applies only to "underinsured motor vehicles" as defined in Paragraph **F.4.** of the Additional Definitions Section.

2. No one will be entitled to receive duplicate payments for the same elements of "loss".

   We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

3. With respect to damages resulting from an "accident" with an "underinsured motor vehicle", the limit of liability shall be reduced by all sums paid by or for anyone who is legally re-

© ISO Properties, Inc., 2005

CA 21 41 03 06

sponsible, including all sums paid under this Coverage Form's Liability Coverage.

4. Any amount paid under this coverage will reduce any amount an "insured" may be paid under this Coverage Form's Liability Coverage.

**E. Changes In Conditions**

The following Condition is changed for Uninsured Motorists Coverage only:

**Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

The Conditions are changed for Uninsured And Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms is replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

a. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured or underinsured motorists insurance providing coverage on a primary basis.

b. If the coverage under this Coverage Form is provided:

(1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

a. Promptly notify the police if a hit-and-run driver is involved; and

b. Promptly send us copies of the legal papers if a "suit" is brought.

3. The following Condition is added:

**ARBITRATION**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the parties may agree to arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision reached by two of the arbitrators will not be binding on either party.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, or

Exhibit A

COMMERCIAL AUTO

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent, or

**c.** Which is a hit-and-run vehicle and neither the driver nor owner can be identified or which causes an "accident" resulting in "bodily injury" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

**4.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" to which a liability bond or policy applies at the time of an "accident", but the amount paid for "bodily injury" to an "insured" under that bond or policy is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law;

**b.** Owned by a governmental unit or agency;

**c.** Designed for use mainly off public roads while not on public roads;

**d.** Which is an "uninsured motor vehicle"; or

**e.** For which an insuring or bonding company denies coverage or is or becomes insolvent.

© ISO Properties, Inc., 2005
CA 21 41 03 06

Exhibit A

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged, or "garage operations" conducted, in Wisconsin, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

## SCHEDULE

**Limit Of Insurance:**    $ SEE CAT030 Each "Accident"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle", and we:

      **(1)** Have been given prompt written notice of such tentative settlement; and

      **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   **a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   **b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

2. "Bodily injury" sustained by:

   **a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not

**CA 21 45 11 11**          © Insurance Services Office, Inc.,2011          Page 1 of 4

Exhibit A

COMMERCIAL AUTO

a covered "auto" for Underinsured Motorists Coverage under this coverage form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this coverage form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other coverage form or policy.

**3.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**4.** Punitive or exemplary damages.

**5.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** The Limit of Insurance under this coverage shall be reduced by:

**a.** All sums paid or payable under any workers' compensation, disability benefits or similar law; and

**b.** All sums paid by or for anyone who is legally responsible, including all sums paid under this coverage form's Liability Coverage.

**3.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, Underinsured Motorists Coverage

endorsement or Uninsured Motorists Coverage endorsement.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not make a duplicate payment to the extent amounts are paid or payable because of "bodily injury" under workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The conditions are changed for Underinsured Motorists Coverage as follows:

**1.** **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this coverage form is provided:

**(1)** On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

© Insurance Services Office, Inc.,2011

**CA 21 45 11 11**

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly send us copies of the legal papers if a "suit" is brought; and

   b. Promptly notify us, in writing, of a tentative settlement between an "insured" and the insurer of the "underinsured motor vehicle", and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle". However, this Provision **2.b.** does not apply if failure to notify us does not prejudice our rights against the insurer, owner or operator of such "underinsured motor vehicle".

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. We shall be entitled to the right to recover damages from another only after the "insured" has been fully compensated for damages.

   b. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid only after the "insured" has been fully compensated for damages.

   Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we:

   a. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

   b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

   If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

   a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

   b. We also have a right to recover the advanced payment.

4. The following condition is added:

   **Arbitration**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

F. **Additional Definitions**

   As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies, at the time of an "accident", provides at least the applicable minimum limit for bodily injury liability specified in WIS. STAT. ch. 344 but that sum is less than the Limit of Insurance of this coverage. The applicable minimum limit is:

   a. $50,000 for each "accident", if the limit of liability is a single limit that applies for each "accident"; or

   b. $25,000 for each person/$50,000 for each "accident", if the limit of liability is indicated as a split limit.

   However, "underinsured motor vehicle" does not include any vehicle:

© Insurance Services Office, Inc.,2011

COMMERCIAL AUTO

a. Owned or operated by a self-insurer under any applicable motor vehicle law;

b. Owned by a governmental unit or agency;

c. Operated exclusively on rails or crawler treads;

d. Designed for use mainly off public roads while not on public roads; or

e. That is an "uninsured motor vehicle".

© Insurance Services Office, Inc., 2011

CA 21 45 11 11

Exhibit A

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NORTH DAKOTA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or for "garage operations" conducted in, North Dakota, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

**SCHEDULE**

Limit Of Insurance: $SEE CAT030                    Each "Accident"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. No judgment for damages arising out of a "suit" brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we:

   a. Received reasonable notice of the pendency of the "suit" resulting in the judgment; and

   b. Had a reasonable opportunity to protect our interest in the "suit".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must

be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

1. Any claim settled or judgment reached without our written consent, if the settlement or judgment prejudices our right to recover payment.

2. The direct or indirect benefit of any insurer or self-insurer under any worker's compensation, disability benefits or similar law.

3. "Bodily injury" sustained by an "insured" while "occupying" any vehicle owned by, or fur-

CA 21 83 11 11                    © Insurance Services Office, Inc., 2011                    Page 1 of 3

COMMERCIAL AUTO

nished or available for the regular use of, the Named Insured or, if the Named Insured is an individual, any "family member", that is not a covered "auto".

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any valid and collectible motor vehicle medical payments, underinsured motorists coverage endorsement, personal injury protection or other similar motor vehicle coverages.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation or similar law, except nonoccupational disability benefits.

**E. Changes In Conditions**

The **Conditions** are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   a. If this coverage form and any other coverage form or policy providing Uninsured

Motorists Coverage apply to the same "accident" and:

   (1) The motor vehicle the "insured" was "occupying" at the time of the "accident" was loaned, rented or leased to the "insured", and a policy which applies to the motor vehicle was in force which provided Uninsured Motorists Coverage to someone engaged in the business of selling, repairing, servicing, storing, leasing, renting or parking motor vehicles; the following priorities of recovery apply:

| First Priority | The Uninsured Motorists Coverage applicable to a vehicle that is not involved in the "accident", that provides coverage to the injured person as a Named Insured; |
|---|---|
| Second Priority | The Uninsured Motorists Coverage applicable to a vehicle that is not involved in the "accident", that provides coverage to the injured person as an "insured" other than a Named Insured; |
| Third Priority | The Uninsured Motorists Coverage applicable to a vehicle the injured person was "occupying" at the time of the "accident". |

   (2) The motor vehicle is not described in Paragraph **E.1.a.(1)** above, the following priorities of recovery apply:

| First Priority | The Uninsured Motorists Coverage applicable to a vehicle the injured person was "occupying" at the time of the "accident"; |
|---|---|
| Second Priority | Uninsured Motorists Coverage applicable to a vehicle that is not involved in the "accident", that provides coverage to the injured person as a Named Insured; |
| Third Priority | The Uninsured Motorists Coverage applicable to a vehicle that is not involved in the "accident", that provides coverage to the injured person as an "insured" other than a Named Insured. |

   b. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits of insurance covering on the same level of priority.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   **a.** Promptly notify the proper law enforcement authorities of the "accident"; and

   **b.** Promptly send us copies of the legal papers if a "suit" is brought.

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   **a.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   **b.** If we make a payment because the insurer of the "uninsured motor vehicle" is or becomes insolvent, the Transfer Of Rights Of Recovery Against Others To Us Condition does not apply to any right of recovery against either the "insured" or the North Dakota Guaranty Fund, except in amounts that exceed the limit of liability of the coverage form or policy that was issued by that insolvent insurer.

**4.** The following condition is added:

   **Arbitration**

   **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", both parties may agree to arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   **a.** For which no liability bond or policy applies at the time of an "accident";

   **b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   **c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

      **(1)** Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

      **(2)** Cause "bodily injury" to an "insured" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying", provided the facts of the "accident" can be corroborated by competent evidence other than the testimony of any person having a claim under this or any other similar insurance as the result of such "accident".

However, "uninsured motor vehicle" does not include any vehicle:

   **a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

   **b.** Owned by a governmental unit or agency;

   **c.** While located for use as a residence or premises;

   **d.** Operated by any person who is specifically excluded from coverage under this coverage form; or

   **e.** That is a covered "auto" under this coverage form's Liability Coverage.

    © Insurance Services Office, Inc., 2011

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NORTH DAKOTA UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or for "garage operations" conducted in, North Dakota, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

**SCHEDULE**

**Limit Of Insurance:**     $ SEE CAT030 Each "Accident"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph a. or b. below applies:

   a. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   b. A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" which would exhaust the limits of liability under any applicable bonds or policies; and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. No judgment for damages arising out of a "suit" brought against the owner or operator of an "underinsured motor vehicle" is binding on us unless we:

   a. Received reasonable notice of the pendency of the "suit" resulting in the judgment; and

   b. Had a reasonable opportunity to protect our interests in the "suit".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 86 11 11     © Insurance Services Office, Inc., 2011     Page 1 of 4

COMMERCIAL AUTO

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

**1.** Punitive or exemplary damages.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" sustained by an "insured" while "occupying" any vehicle owned by, or furnished or available for the regular use of, the Named Insured or, if the Named Insured is an individual, any "family member", that is not a covered "auto".

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any valid and collectible motor vehicle medical payments, uninsured motorists coverage endorsement, personal injury protection or other similar motor vehicle coverages.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation or similar law, except nonoccupational disability benefits.

**E. Changes In Conditions**

The **Conditions** are changed for Underinsured Motorists Coverage as follows:

**1.** **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

**a.** If this coverage form and any other coverage form or policy providing Underinsured Motorists Coverage apply to the same "accident" and:

**(1)** The motor vehicle the "insured" was "occupying" at the time of the "accident" was loaned, rented or leased to the "insured", and a policy which applies to the motor vehicle was in force which provided Underinsured Motorists Coverage to someone engaged in the business of selling, repairing, servicing, storing, leasing, renting or parking motor vehicles, the following priorities of recovery apply:

**First Priority** — The Underinsured Motorists Coverage applicable to a vehicle that is not involved in the "accident", that provides coverage to the injured person as a Named Insured;

**Second Priority** — The Underinsured Motorists Coverage applicable to a vehicle that is not involved in the "accident", that provides coverage to the injured person as an "insured" other than a Named Insured;

**Third Priority** — The Underinsured Motorists Coverage applicable to a vehicle the injured person was "occupying" at the time of the "accident".

**(2)** The motor vehicle is not described in Paragraph **E.1.a.(1)** above, the following priorities of recovery apply:

**First Priority** — The Underinsured Motorists Coverage applicable to a vehicle the injured person was "occupying" at the time of the "accident";

**Second Priority** — The Underinsured Motorists Coverage applicable to a vehicle that is not involved in the "accident", that provides coverage to the injured person as a Named Insured;

© Insurance Services Office, Inc., 2011

CA 21 86 11 11

Exhibit A

**Third Priority**   The Underinsured Motorists Coverage applicable to a vehicle that is not involved in the "accident", that provides coverage to the injured person as an "insured" other than a Named Insured.

    **b.** The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits of insurance covering on the same level of priority.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

    **a.** Promptly notify the proper law enforcement authorities of the "accident"; and

    **b.** Promptly send us copies of the legal papers if a suit is brought;

    **c.** A person seeking Underinsured Motorists Coverage must also promptly notify us In writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

    **a.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

    **b.** Our rights do not apply under this provision if we:

        **(1)** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of the "underinsured motor vehicle"; and

        **(2)** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after notification:

    **(1)** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

    **(2)** We also have a right to recover advanced payment from the insurer, or the owner or operator of the "underinsured motor vehicle".

**4.** The following condition is added:

**Arbitration**

    **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", both parties may agree to arbitration and to be bound by the results of that arbitration. However, disputes concerning coverage under this endorsement may not be arbitrated. If both parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

    **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

  As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO

all liability bonds or policies that apply at the time of an "accident" is either:

a. Less than the Limit of Insurance for Underinsured Motorists Coverage under this coverage form or policy; or

b. Reduced by payments to others injured in the "accident" to less than the Limit of Insurance for Underinsured Motorists Coverage under this coverage form or policy.

However, "underinsured motor vehicle" does not include any vehicle:

a. Owned by a governmental unit or agency;

b. For which an insuring or bonding company denies coverage or is or becomes insolvent;

c. While located for use as a residence or premises;

d. Operated by any person who is specifically excluded from coverage under this coverage form; or

e. That is a covered "auto" under this coverage form's Liability Coverage.

     © Insurance Services Office, Inc., 2011     **CA 21 86 11 11**

Exhibit A

POLICY NUMBER: Y-810-3D984291-TIL-13

COMMERCIAL AUTO
ISSUE DATE: 10-25-13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MINNESOTA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Minnesota, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

### SCHEDULE

In consideration of an increase in premium, the following Personal Injury Protection Coverage option applies as indicated below or in the Declarations:

☐ The Named Insured elects to add together 2 or more Personal Injury Protection Coverages. (Refer to Paragraph **3.** of the Limit Of Insurance Provision.)

In consideration of a reduction in premium, exclusion of work loss applies as indicated below or in the Declarations:

☐ Work loss will not be provided for the "named insured" age 65 or older, or age 60 or older, if retired and receiving a pension.

☐ Work loss will not be provided for the "named insured" and any "family member" age 65 or older, or age 60 or older, if retired and receiving a pension.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Coverage

The Company will pay, in accordance with the Minnesota No-Fault Automobile Insurance Act, Personal Injury Protection benefits incurred with respect to "bodily injury" sustained by an "insured" caused by an "accident" arising out of the maintenance or use of a "motor vehicle" as a vehicle, or through being struck by a motorcycle. These Personal Injury Protection benefits consist of the following:

### 1. Medical Expenses

Means all reasonable expenses incurred for necessary:

**a.** Medical, surgical, x-ray, optical, dental, chiropractic and rehabilitative services, including prosthetic devices;

**b.** Prescription drugs;

**c.** Ambulance and all other transportation expenses incurred in traveling to receive other covered medical expense benefits;

**d.** Sign interpreting and language translation services, other than such services provided by a member of the "insured's" family, related to the receipt of medical expenses provided under Paragraph **A.1.** of this provision; and

**e.** Hospital, extended care and nursing services, including necessary remedial treatment and services recognized and permitted under the laws of Minnesota for an "insured" who relies upon spiritual means through prayer alone for healing in accordance with his or her religious belief; however, it does not include expenses in excess of those for a semi-private room, unless more intensive care is medically required.

### 2. Work Loss

Means:

**a.** 85% of loss of gross income resulting from the "insured's" inability to work on a regular basis including the costs incurred by an "insured" who is self-employed in hiring substitute "employees" to perform tasks which are necessary to maintain his or her income, which he or she normally performs himself or herself, and which he

CA 22 25 01 07                © ISO Properties, Inc., 2006                Page 1 of 7

COMMERCIAL AUTO

or she cannot perform because of his or her injury; or

**b.** Lost unemployment benefits in an amount equal to the unemployment benefits otherwise payable, if the "insured":

**(1)** Is unemployed at the time of the injury and is receiving or is eligible to receive unemployment benefits; and

**(2)** Loses eligibility for unemployment benefits because of his or her inability to work caused by injury;

reduced by any income from work actually performed by the "insured", or by any income he or she would have earned in available appropriate substitute work which he or she was capable of performing but unreasonably failed to undertake.

**3. Essential Services Expenses**

Expenses reasonably incurred during a period commencing 8 days after the date of the accident and during the "insured's" lifetime, in obtaining usual and necessary substitute services in lieu of those that, had he or she not been injured, he or she would have performed not for income but for the direct benefit of himself or herself or his or her household; if the non-fatally injured "insured" normally, as a full time responsibility, provides care and maintenance of a home, with or without children, the benefit is the reasonable value of such care and maintenance, if greater than the expense incurred.

**4. Funeral Expenses**

Reasonable expenses for professional funeral and burial services including expense for cremation, or delivery under the Minnesota Uniform Anatomical Gift Act.

**5. Survivors' Loss**

Means:

**a.** "Loss", in the event of the death of an "insured" occurring within one year from the date of the "accident", of contributions of money or tangible things of economic value, not including services, that his or her surviving dependents would have received from him or her for their support during their dependency had he or she not suffered the fatal "bodily injury"; and

**b.** Expenses reasonably incurred by surviving dependents after the death of an "insured" in obtaining ordinary and necessary substitute services in lieu of those he

or she would have performed for their benefit had he or she not suffered the fatal "bodily injury"; minus expenses of the surviving dependents avoided by reason of such death,

provided that the dependency of the surviving spouse shall be terminated in the event such surviving spouse remarries or dies, and the dependency of a child who is not physically or mentally incapacitated from earning shall be terminated in the event he or she attains majority, marries or becomes otherwise emancipated, or dies.

**B. Who Is An Insured**

**1.** The Named Insured or any "family member" who sustains "bodily injury" while "occupying" a "motor vehicle", or while a pedestrian as a result of an "accident" involving any "motor vehicle" or motorcycle.

**2.** Any other person who sustains "bodily injury" while "occupying" the "insured motor vehicle", or while a pedestrian as a result of an "accident" involving the "insured motor vehicle".

**3.** Any other person who sustains "bodily injury" while "occupying" a "motor vehicle" not owned by, but operated by the Named Insured or "family member", other than a public or livery conveyance, if the "bodily injury" results from the operation of the "motor vehicle" by the Named Insured or "family member".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

**1.** Sustained by any "family member" if such "family member" is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured under the terms of any other Coverage Form or policy with respect to such coverage.

**2.** Sustained by any person, other than the Named Insured or "family member", if such person is entitled to Personal Injury Protection Coverage as a self-insured or as a Named Insured or "family member" under the terms of any other Coverage Form or policy with respect to such coverage.

**3.** Sustained by any person arising out of the maintenance or use of a "motor vehicle":

**a.** Being used in the business of transporting persons or property; or

**b.** Furnished by the employer of the Named Insured or "family member";

© ISO Properties, Inc., 2006

Exhibit A

if with respect to such vehicle the security required by the Minnesota No-Fault Automobile Insurance Act is in effect, provided that such "bodily injury" is sustained while not "occupying" another involved "motor vehicle"; however, this exclusion does not apply to **(i)** the "insured motor vehicle", **(ii)** a commuter van as defined in the Minnesota No-Fault Automobile Insurance Act, **(iii)** a vehicle being used to transport children to school or to a school sponsored activity, **(iv)** a vehicle being used to transport children as part of a family or group family day care program, **(v)** any bus, other than a bus included as a vehicle described in **(ii)**, **(iii)**, or **(iv)** above, while in operation within the state of Minnesota as to any Minnesota resident who is an insured as defined in the Minnesota No-Fault Automobile Insurance Act, or **(vi)** a passenger in a taxi.

4. To any benefits any person would otherwise be entitled to receive hereunder for "bodily injury" intentionally caused by such person or arising out of his or her intentionally attempting to cause "bodily injury", and, if any person dies as a result of intentionally causing or attempting to cause "bodily injury" to himself or herself, his or her survivors are not entitled to any survivors' loss benefits.

5. Sustained by any person in the course of an officiated racing or speed contest, or in practice or preparation therefor, other than a rally held in whole or in part upon public roads.

6. Sustained by any person if such injury arises out of conduct within the course of a business of repairing, servicing, or otherwise maintaining "motor vehicles" unless such conduct occurs off the business premises.

7. Sustained by any person if such injury arises out of conduct in the course of loading or unloading any "motor vehicle" unless the conduct occurs while such person is "occupying" such "motor vehicle".

8. Sustained by any person while "occupying" a motorcycle.

9. To Personal Injury Protection benefits otherwise payable in the event that a lapse of one year or more occurs in the period of disability and medical treatment of an "insured" as a result of any one "accident".

10. Sustained by any person, other than the Named Insured or any "family member", arising out of the maintenance or use by such person of a "motor vehicle" without a good

faith belief that he or she is legally entitled to use such "motor vehicle".

11. Sustained by any person, other than the Named Insured or any "family member", while a pedestrian through being struck by the "insured" "motor vehicle", if the "accident" occurs outside the State of Minnesota.

12. Sustained by any person arising out of the maintenance or use of a "motor vehicle" while located for use as a residence or premises.

13. Arising directly or indirectly out of:

    a. War, including undeclared or civil war;

    b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

14. Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

15. With respect to work loss, essential services expenses, and survivors' loss benefits, sustained by any person, other than the Named Insured or "family member", while "occupying" any "motor vehicle", not owned by the Named Insured or "family member", which is being operated by the Named Insured or "family member".

16. Sustained by any person, other than the Named Insured or any "family member", while "occupying" a vehicle which is regularly used in the course of the business of transporting persons or property and which is one of five or more vehicles under common ownership or a vehicle owned by a government other than the State of Minnesota, its political subdivisions, municipal corporations, or public agencies, if the "accident" occurs outside the State of Minnesota.

**D. Limit Of Insurance**

1. Except as provided in Paragraph **3.**, regardless of the number of persons insured, policies or plans of self-insurance applicable, premiums paid, claims made or "insured motor vehicles" to which this coverage applies, our liability for Personal Injury Protection benefits with respect to "bodily injury" sus-

© ISO Properties, Inc., 2006

COMMERCIAL AUTO

tained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate and subject to such aggregate:

a. The maximum amount payable for "medical expenses" shall not exceed $20,000.

b. The maximum aggregate amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000. Subject to this maximum aggregate:

   (1) The maximum amount payable for work loss shall not exceed $250.00 per week.

   (2) The maximum amount payable for essential services expenses shall not exceed $200.00 per week.

   (3) The maximum amount payable for funeral expenses shall not exceed $2,000.

   (4) The maximum amount payable for survivors' loss benefits:

      (a) With respect to Paragraph A.5.a. of the definition of survivors' loss benefits shall not exceed $200.00 per week; and

      (b) With respect to Paragraph A.5.b. of the definition of survivors' loss benefits shall not exceed $200.00 per week.

2. Any amount payable by the Company under the terms of this coverage shall be reduced by:

a. Any amounts paid, payable or required to be provided on account of such "bodily injury" under any workers' compensation law; except that if the "accident" involves a "motor vehicle" used in a "ridesharing arrangement", this coverage shall be primary.

b. The amount of any deductible applicable to "medical expenses" set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or by a "family member", provided that, if two or more such persons sustain "bodily injury" in the same "motor vehicle" "accident", the total amount of the deductible applicable to all of them shall not exceed the deductible amount stated in this Coverage Form, and such

amount shall be allocated equally among them.

c. The amount of any deductible applicable to work loss set forth in this Coverage Form, but only with respect to "bodily injury" sustained by the Named Insured or any "family member".

3. If the Schedule or Declarations indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, regardless of the number of persons insured, premiums paid or claims made, our liability for Personal Injury Protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "motor vehicle" "accident" shall not exceed $40,000 in the aggregate, per "insured motor vehicle", and subject to each such aggregate:

a. The maximum amount payable for "medical expenses" shall not exceed $20,000 per "insured motor vehicle".

b. The maximum amount payable for work loss, essential services expenses, funeral expenses and survivors' loss benefits shall not exceed $20,000 per "insured motor vehicle". Subject to this maximum aggregate:

   (1) The maximum amount payable for work loss shall not exceed $250.00 per week per "insured motor vehicle".

   (2) The maximum amount payable for essential services expenses shall not exceed $200.00 per week per "insured motor vehicle".

   (3) The maximum amount payable for funeral expenses shall not exceed $2,000 per "insured motor vehicle".

   (4) The maximum amount payable for survivors' loss benefits:

      (a) With respect to Paragraph A.5.a. of the definition of survivors' loss benefits shall not exceed $200.00 per week per "insured motor vehicle"; and

      (b) With respect to Paragraph A.5.b. of the definition of survivors' loss benefits shall not exceed $200.00 per week per "insured motor vehicle"

© ISO Properties, Inc., 2006                    CA 22 25 01 07

COMMERCIAL AUTO

**E. Changes In Conditions**

The Conditions are changed for Personal Injury Protection as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following:

   a. In the event of any "accident", written notice containing particulars sufficient to identify the "insured", and also reasonably obtainable information respecting the time, place and circumstances of the "accident" shall be given by or on behalf of each "insured" to us or any of our authorized agents within six months from the date of the "accident". Failure to provide such written notice shall not render an "insured" ineligible to receive benefits unless actual prejudice is shown by us and then only to the extent of the prejudice. If an "insured", his or her legal representative or his or her surviving dependents shall institute legal action to recover damages for "bodily injury" against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as soon as practicable to us by such "insured", his or her legal representative or his or her surviving dependents.

   b. As soon as practicable, the "insured" or someone on his or her behalf shall give us written proof of claim, under oath if required, including full particulars of the nature and extent of the "bodily injury", treatment and rehabilitation received and contemplated, and such other information as may assist us in determining the amount due and payable. The "insured" shall submit to physical and mental examination by physicians selected by us when and as often as we may reasonably require. An "insured" who has undertaken a procedure or treatment for rehabilitation or a course of rehabilitative occupational training, other than medical rehabilitation procedure or treatment, shall notify us that he or she has undertaken the procedure, treatment or training within 60 days after a rehabilitation expense exceeding $1,000 has been incurred for the procedure, treatment, or training, unless we know or have reason to know of the undertaking. If the "insured" does not give

   the required notice within the prescribed time, we are responsible only for $1,000 or the expense incurred after the notice is given and within 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

2. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   Subject to any applicable limitations set forth in the Minnesota statutes, in the event of any payment under this coverage, we are subrogated to the rights of the person to whom or for whose benefit such payments were made, to the extent of such payments, and such person shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

   a. Our rights under this condition do not apply against:

      **(1)** The person or organization legally responsible for damages, if we also insure that person or organization for the same "loss" or damages; or

      **(2)** Any "insured".

   b. Our rights under this condition do not apply against a person who is 21 years of age or older who:

      **(1)** Had control over the premises and, being in a reasonable position to prevent the consumption of alcoholic beverages, knowingly or recklessly permitted the consumption of alcoholic beverages that caused the intoxication of a person under 21 years of age; or

      **(2)** Sold, bartered, furnished or gave to, or purchased alcoholic beverages for a person under 21 years of age that caused the intoxication of a person under 21 years of age;

      and that intoxicated person caused the injury, "loss" or damage for which payment was made under this policy.

3. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance — Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are amended by the following:

Case 2:20-cv-01600-LA    Filed 10/21/20    Page 97 of 201    Document 1-1
Exhibit A

COMMERCIAL AUTO

In the event the "insured" has other similar insurance including self-insurance available and applicable to the "accident", we shall not be liable for a greater proportion of any loss to which this coverage applies than the Limit of Insurance hereunder bears to the sum of the applicable Limits of Insurance of this coverage and such other insurance.

However, if the driver or occupant of a "motor vehicle" sustains "bodily injury" while using the vehicle in the business of transporting persons or property, this insurance is primary.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** Policy Condition is replaced by the following:

If the Schedule indicates that the Named Insured elected to add together two or more Personal Injury Protection Coverages, the Two Or More Coverage Forms Or Policies Issued By Us provision in the Policy Conditions section of the Coverage Form does not apply to coverage afforded under this endorsement. However, no one will be entitled to receive duplicate payments for the same elements of "loss".

5. The following Conditions are added:

**COORDINATION, NON-DUPLICATION AND PRIORITY OF PAYMENTS**

a. No "insured" shall recover duplicate benefits for the same elements of "loss" under this or any similar insurance including self-insurance.

b. Any amount payable under any Uninsured Motorists Coverage afforded under this Coverage Form or policy shall be reduced by the amount of any Personal Injury Protection benefits paid or payable or which would be paid or payable but for the application of a deductible under this or any other motor vehicle insurance Coverage Form or policy because of "bodily injury" sustained by an "insured".

**REIMBURSEMENT AND TRUST**

Subject to any applicable limitations set forth in the Minnesota statutes, in the event of any payment to any person under this coverage:

a. We shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the "bodily in-

jury" because of which such payment is made; and we shall have a lien to the extent of such payment, notice of which may be given to the person or organization causing such "bodily injury", his or her agent, his or her insurer or a court having jurisdiction in the matter.

b. Such person shall hold in trust for our benefit all rights of recovery which he or she shall have against such other person or organization because of such "bodily injury".

c. Such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such right; and

d. Such person shall execute and deliver to us instruments and papers as may be appropriate to secure the rights and obligations of such person and us established by this provision.

**CONSTITUTIONALITY CLAUSE**

The premium for and the coverages of the policy have been established in reliance upon the provisions of the Minnesota No-Fault Automobile Insurance Act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render the provisions of such act invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the policy and the provisions of this endorsement shall be voidable or subject to amendment at our option.

**ARBITRATION**

If you and we disagree on the amount of "loss" under Personal Injury Protection and the disputed amount is:

a. $10,000 or less, both parties must submit to arbitration; or

b. More than $10,000, we will advise the "insured" whether we will submit the claim to arbitration.

Arbitration will be conducted in accordance with the Rules of Procedure For No-Fault Arbitration contained in the Minnesota Insurance Laws.

In the event of arbitration, each party will select a competent arbitrator. The two arbitrators will select a competent and impartial umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen arbitrator; and

© ISO Properties, Inc., 2006     **CA 22 25 01 07**

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 98 of 201   Document 1-1
Exhibit A

COMMERCIAL AUTO

**b.** Bear the other expenses of the arbitration and umpire equally.

If we submit to arbitration, we still retain our right to deny the claim.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means the spouse or any person related to the Named Insured by blood, marriage or adoption, including a minor in the custody of the Named Insured, spouse or such related person, who is a resident of the same household as the Named Insured whether or not temporarily residing elsewhere.

**2.** "Insured motor vehicle" means a "motor vehicle" with respect to which:

**a.** The "bodily injury" liability insurance of the Coverage Form or policy applies and for which a specific premium is charged; and

**b.** The "named insured" is required to maintain security under the provisions of the Minnesota No-Fault Automobile Insurance Act.

**3.** "Motor vehicle" means every vehicle, other than a motorcycle or other vehicle with fewer than four wheels, which:

**a.** Is required to be registered pursuant to Minnesota Statutes, Chapter 168; and

**b.** Is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property, and includes a "trailer" with one or more wheels, when the "trailer" is connected to or being towed by a "motor vehicle".

**4.** "Occupying" means in or upon, entering into or alighting from.

**5.** "Ridesharing arrangement" means the transportation of persons, for a fee or otherwise, in a "motor vehicle" when the transportation is incidental to another purpose of the driver. The term includes the forms of shared transportation known as carpools, commuter vanpools and buspools whether or not furnished by an employer. It does not include transportation of "employees" by an employer from one place to another.

© ISO Properties, Inc., 2006

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NORTH DAKOTA PERSONAL INJURY PROTECTION ENDORSEMENT

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, North Dakota, this endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

We agree with the "Named Insured", subject to all of the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows:

## A. Coverage

We will pay personal injury protection benefits in accordance with the North Dakota Auto Accident Reparations Act to or for an "insured" who sustains "bodily injury" caused by an "accident" arising out of the operation, maintenance or use of an "auto" as a vehicle. These personal injury protection benefits consist of the following:

1. Funeral expenses. Reasonable expenses incurred for a professional funeral, cremation, and burial;

2. Medical expenses. Usual and customary charges incurred for reasonable and necessary medical, surgical, diagnostic, X-ray, dental, prosthetic, ambulance, hospital or professional nursing services or services for remedial treatment and care, but usual and customary charges do not include:

    a. The portion of the charge for a room in any hospital, clinic, convalescent or nursing home, extended care facility or any similar facility in excess of the reasonable and customary charge for semiprivate accommodations unless intensive care is medically needed;

    b. Charges for drugs sold without a prescription;

    c. Charges for experimental treatments; or

    d. Charges for medically unproven treatments;

3. Rehabilitation expenses. The cost of a procedure or treatment for rehabilitation or a course of rehabilitative occupational training if the procedure, treatment or training is reasonable and appropriate for the particular case, its cost is reasonable in relation to its probable rehabilitative effects, and it is likely to contribute substantially to medical or occupational rehabilitation;

4. Replacement services loss. Expenses incurred in obtaining ordinary and necessary services from others not members of the "insured's" household in lieu of those that the "insured" would have performed had he or she not been injured, not for income but for the benefit of himself or herself or his or her household, but "replacement services loss" does not include any loss after the death of the "insured";

5. Survivors' income loss. Loss sustained after an "insured's" death by his or her "survivors" during their dependency and consisting of the loss of the contributions they would have received for their support from that "insured" out of income from work he or she would normally have performed had he or she not died;

6. Survivors' replacement services loss. Expenses incurred after the "insured's" death by his "survivors" in obtaining ordinary and necessary services from others not members of that "insured's" household in lieu of the services he or she would have performed not for income but for the benefit of his or her household;

7. Work loss. Eighty-five percent of loss of income from work an "insured" who would normally be employed in gainful activity during the period of his or her disability, would have

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 100 of 201   Document 1-1
Exhibit A

COMMERCIAL AUTO

performed had he or she not been injured, reduced by any income from substitute work actually performed by the "insured" or by income the "insured" would have earned in available, appropriate substitute work which he or she was capable of performing but unreasonably failed to undertake, but work loss does not include any loss after death of an "insured".

**B. Who Is An Insured**

1. The "named insured" or any relative who sustains "bodily injury" while "occupying" any "auto" or while a "pedestrian" through being struck by any "auto" or motorcycle;

2. Any other person who sustains "bodily injury":

   a. While "occupying", or while a "pedestrian" through being struck by, the covered "auto";

   b. While "occupying" an "auto" not owned by, but operated by a "named insured" or "family member", if the "bodily injury" results from the operation of the "auto" by the "named insured" or "family member".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by the "named insured" while "occupying" any "auto" owned by the "named insured" which is not a covered "auto";

2. Sustained by any "family member" while "occupying" an "auto" owned by that "family member" with respect to which the security required by the North Dakota Auto Accident Reparation Act is not in effect;

3. Sustained by the "named insured" or any "family member", while "occupying", or while a "pedestrian" through being struck by, any "auto", other than the covered "auto", or an "auto" being used in a "ridesharing arrangement", with respect to which the security required under the North Dakota Auto Accident Reparation Act is in effect;

4. Sustained by any person if the injury arises out of conduct within the course of a business of repairing, servicing or otherwise maintaining an "auto" unless that conduct involves the actual operation of an "auto" as a vehicle on the business premises or unless that conduct occurs off the business premises;

5. Sustained by any person arising out of conduct in the course of loading or unloading any

"auto" unless the injury occurs while "occupying" that "auto";

6. Sustained by any person while "occupying" any "auto" without the express or implied consent of the owner or while not in lawful possession of any "auto";

7. Sustained by any person as the result of entering or alighting from a stopped "auto" if the injury is not caused by another "auto";

8. Intentionally caused by any person who would otherwise be entitled to receive benefits hereunder for "bodily injury" arising out of his or her intentionally attempting to cause "bodily injury" to him or her self or to another person, and, if any person dies as a result of intentionally causing or attempting to cause "bodily injury" to him or her self, his or her "survivors" are not entitled to any "survivors" income loss or survivors' replacement services loss benefits;

9. Sustained by any person while in the course of a racing or speed contest or in practice or preparation thereto;

10. Sustained by any "pedestrian", other than the "named insured" or any "family member", if the accident occurs outside the State of North Dakota;

11. Sustained by any person arising out of the operation, maintenance or use of any "auto" while located for use as a residence or premises;

12. Arising directly or indirectly out of:

    a. War, including undeclared or civil war;

    b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

13. Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

**D. Definitions**

As used in this endorsement:

1. "Auto" means a vehicle having more than three load bearing wheels, of a kind required to be registered under the laws of North Da-

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 101 of 201   Document 1-1

Exhibit A

kota relating to motor vehicles, designed primarily for operation upon the public streets, roads and highways, and driven by power other than muscular power, and includes a trailer designed for use with such vehicle.

2. Covered "auto" means an "auto" with respect to which:

   a. Security is required to be maintained under the provisions of the North Dakota Auto Accident Reparations Act; and

   b. The "bodily injury" liability coverage of the policy applies and for which a specific premium is charged.

3. "Family member" means a spouse or any other individual related to the "named insured" by blood, marriage or adoption, including a ward or foster child, who is a resident of the same household as the "named insured", or who usually makes his or her home in the same household but temporarily lives elsewhere.

4. "Named insured" means the person or organization named in the Declarations.

5. "Occupying" means in or upon.

6. "Pedestrian" means any individual not "occupying" a "motor vehicle" or any other vehicle designed to be driven or drawn by power other than muscular power.

7. "Ridesharing arrangement" means the transportation of persons in a "motor vehicle" where the transportation is incidental to another purpose of the driver or owner and is not provided for pecuniary gain. The term shall include ridesharing arrangements known as carpools and van pools as defined in North Dakota Laws.

8. "Survivor" means a dependent survivor of a deceased "insured" and includes the following survivors only:

   a. The surviving spouse if residing in the deceased's household at the time of his or her death providing that the dependency of that spouse shall terminate upon remarriage; and

   b. Other persons receiving support from the deceased at the time of his or her death which would qualify them as dependents of the deceased for federal income tax purposes under the Federal Internal Revenue Code.

E. **Policy Period; Territory**

This coverage applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

F. **Limit Of Insurance**

Regardless of the number of persons insured, policies or approved plans of self-insurance applicable, premiums paid, claims made or covered "autos" to which this coverage applies, our liability for personal injury protection benefits with respect to "bodily injury" sustained by any one "insured" in any one "auto" "accident" shall not exceed $30,000 in the aggregate, and subject to such aggregate limit:

1. The maximum amount payable for work loss or survivors' income loss shall not exceed $150 per week prorated for any lesser period;

2. The maximum amount payable for replacement services loss or survivors' replacement services loss shall not exceed $15 per day;

3. The maximum amount payable for funeral expenses shall not exceed $3,500.

Any amount payable by us under the terms of this coverage shall be reduced by the amount of benefits an "insured" has recovered or is entitled to recover for the same elements of loss under any workers' compensation act.

G. **Changes In Conditions**

For Personal Injury Protection the conditions are amended as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. In the event of an accident, written notice containing particulars sufficient to identify the "insured", and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each "insured" to the Company or any of its authorized agents as soon as practicable. If an "insured", his or her legal representative or his or her "survivors" shall institute legal action to recover damages for "bodily injury" against a person or organization who is or may be liable in tort therefor, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded as

COMMERCIAL AUTO

soon as practicable to us by such "insured", his or her legal representative or his or her "survivors".

b. As soon as practicable, the "insured" or someone on his or her behalf shall give us written proof of claim, under oath if required, including full particulars of the nature and extent of the "bodily injury" treatment and rehabilitation received and contemplated and such other information as may assist us in determining the amount due and payable. The "insured" shall submit to physical and mental examination by physicians selected by us when and as often as we may reasonably require. If an "insured" refuses to submit to a physical or mental examination, we may request a court to enter an order requiring the "insured" to submit to the examination.

**2. Legal Action Against Us**

No action shall lie against us unless as a condition precedent thereto, there shall have been full compliance with all the terms of this coverage.

**3. Transfer Of Rights Of Recovery Against Others To Us**

Subject to any applicable limitation set forth in North Dakota Auto Accident Reparations Act, in the event of any payment under this coverage, we are subrogated to the rights of the person to whom or for whose benefit the payments were made to the extent of those payments. That person shall execute and deliver the instruments and papers and do whatever else is necessary to secure those rights. That person shall do nothing after loss to prejudice those rights.

**H. Additional Conditions**

The following conditions are added for Personal Injury Protection:

**1. Constitutionality Clause**

The premium for and the coverages of the policy have been established in reliance upon the provisions of the North Dakota Auto Accident Reparations Act. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render the provisions of such statute invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the policy and the provisions of this en-

dorsement shall be voidable or subject to amendment at our option.

**2. Coordination**

Any amount payable under uninsured motorists coverage shall be reduced by the amount of any personal injury protection benefits paid or payable under this or any other automobile insurance policy because of "bodily injury" sustained by an "insured".

Any automobile medical payments afforded under this policy shall be excess insurance over any personal injury protection benefits paid or payable under this or any other automobile insurance policy because of "bodily injury" sustained by an "insured".

**3. Non-Duplication Of Benefits**

No "insured" shall recover duplicate benefits for the same elements of loss under this or any similar insurance including approved plans of self-insurance.

**4. Priority Of Payments**

This coverage applies on a primary basis to "bodily injury" sustained by an "insured" if the "accident" arises out of the use or operation of the covered "auto" except, if the "accident" involves the operation of the "insured motor vehicle" in a "ridesharing arrangement", any personal injury protection coverage, required by the North Dakota Auto Accident Reparations Act, afforded by another policy under which such "insured" is a "named insured" or "family member", shall be primary and this coverage shall be excess.

**5. Other Insurance**

In the event an "insured" has other similar insurance, including approved plans of self-insurance, available and applicable to the accident, the maximum recovery under all such insurance shall not exceed the amount which would have been payable under the provisions of the insurance providing the highest dollar limit, and we shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limit of liability of this coverage and the other insurance.

**6. Reimbursement And Trust Agreement**

In the event of the payment to any person under this coverage:

a. We shall be entitled to the extent of the payment to the proceeds of any settle-

© ISO Properties, Inc., 2005
CA 22 34 03 06

COMMERCIAL AUTO

ment or judgment that may result from the exercise of any rights of recovery of that person against any person or organization legally responsible for the "bodily injury" because of which that payment is made, and we shall have a lien to the extent of that payment, notice of which may be given to the person or organization causing the "bodily injury", his or her agent, his or her insurer or a court having jurisdiction in the matter;

**b.** That person shall hold in trust for our benefit all rights of recovery which he or she shall have against that other person or organization because of the "bodily injury";

**c.** That person shall do whatever is proper to secure and shall do nothing after loss to prejudice those rights; and

**d.** That person shall execute and deliver to us instruments and papers as may be appropriate to secure those rights and obligations of that person and us established by this provision.

Case 2:20-cv-01600-LA    Filed 10/21/20    Page 104 of 201    Document 1-1
Exhibit A

COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your

domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of those.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

CA 99 03 03 06                © ISO Properties, Inc., 2005                Page 1 of 2

COMMERCIAL AUTO

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E.  Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

1.  The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

2.  The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance – Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F.  Additional Definitions**

As used in this endorsement:

1.  "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2.  "Occupying" means in, upon, getting in, on, out or off.

© ISO Properties, Inc., 2005
**CA 99 03 03 06**

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical, chiropractic and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

4. Anyone else "occupying" an "auto" you do not own who is an "insured" for liability under the coverage form, but only at times when that person is an "insured" for liability under the coverage form.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehi-

cle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by

**CA 99 24 11 11**          © Insurance Services Office, Inc., 2011.          Page 1 of 2

COMMERCIAL AUTO

an "insured" while the "auto" is being pre-
pared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "in-
sureds", premiums paid, claims made or vehicles
involved in the "accident", the most we will pay for
"bodily injury" for each "insured" injured in any
one "accident" is the Limit Of Insurance for Auto
Medical Payments Coverage shown in the Decla-
rations.

No one will be entitled to receive duplicate pay-
ments for the same elements of "loss" under this
coverage and any Liability Coverage Form, Unin-
sured Motorists Coverage endorsement or Under-
insured Motorists Coverage endorsement at-
tached to this Coverage Part.

**E. Changes In Conditions**

The reference in Other Insurance in the Business
Auto and Garage Coverage Forms and Other In-
surance – Primary And Excess Insurance Provi-
sions in the Truckers and Motor Carrier Coverage
Forms to "other collectible insurance" applies only
to other collectible auto medical payments insur-
ance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to
   you by blood, marriage or adoption who is a
   resident of your household, including a ward
   or foster child.

2. "Occupying" means in, upon, getting in, on,
   out or off.

© Insurance Services Office, Inc., 2011.

CA 99 24 11 11

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS AUTO EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to the Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A. BROAD FORM NAMED INSURED

B. BLANKET ADDITIONAL INSURED

C. EMPLOYEE HIRED AUTO

D. EMPLOYEES AS INSURED

E. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS

F. HIRED AUTO – LIMITED WORLDWIDE COVERAGE – INDEMNITY BASIS

G. WAIVER OF DEDUCTIBLE – GLASS

H. HIRED AUTO PHYSICAL DAMAGE – LOSS OF USE – INCREASED LIMIT

I. PHYSICAL DAMAGE – TRANSPORTATION EXPENSES – INCREASED LIMIT

J. PERSONAL EFFECTS

K. AIRBAGS

L. NOTICE AND KNOWLEDGE OF ACCIDENT OR LOSS

M. BLANKET WAIVER OF SUBROGATION

N. UNINTENTIONAL ERRORS OR OMISSIONS

**PROVISIONS**

**A. BROAD FORM NAMED INSURED**

The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – LIABILITY COVERAGE**:

Any organization you newly acquire or form during the policy period over which you maintain 50% or more ownership interest and that is not separately insured for Business Auto Coverage. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**B. BLANKET ADDITIONAL INSURED**

The following is added to Paragraph c. in A.1., **Who Is An Insured**, of **SECTION II – LIABILITY COVERAGE**:

Any person or organization who is required under a written contract or agreement between you and that person or organization, that is signed and executed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, to be named as an additional insured is an "insured" for Liability Coverage, but only for damages to which this insurance applies and only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Section II.

**C. EMPLOYEE HIRED AUTO**

1. The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – LIABILITY COVERAGE**:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business.

CA T3 53 03 10

© 2010 The Travelers Indemnity Company.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 4

COMMERCIAL AUTO

2. The following replaces Paragraph b. in **B.5., Other Insurance,** of **SECTION IV – BUSINESS AUTO CONDITIONS:**

    **b.** For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

        **(1)** Any covered "auto" you lease, hire, rent or borrow; and

        **(2)** Any covered "auto" hired or rented by your "employee" under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

        However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**D. EMPLOYEES AS INSURED**

The following is added to Paragraph **A.1., Who Is An Insured,** of **SECTION II – LIABILITY COVERAGE:**

Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

**E. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS**

1. The following replaces Paragraph **A.2.a.(2),** of **SECTION II – LIABILITY COVERAGE:**

    **(2)** Up to $3,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

2. The following replaces Paragraph **A.2.a.(4),** of **SECTION II – LIABILITY COVERAGE:**

    **(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

**F. HIRED AUTO – LIMITED WORLDWIDE COVERAGE – INDEMNITY BASIS**

The following replaces Subparagraph **(5)** in Paragraph **B.7., Policy Period, Coverage Territory,** of **SECTION IV – BUSINESS AUTO CONDITIONS:**

    **(5)** Anywhere in the world, except any country or jurisdiction while any trade sanction, embargo, or similar regulation imposed by the United States of America applies to and prohibits the transaction of business with or

within such country or jurisdiction, for Liability Coverage for any covered "auto" that you lease, hire, rent or borrow without a driver for a period of 30 days or less and that is not an "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

    **(a)** With respect to any claim made or "suit" brought outside the United States of America, the territories and possessions of the United States of America, Puerto Rico and Canada:

        **(i)** You must arrange to defend the "insured" against, and investigate or settle any such claim or "suit" and keep us advised of all proceedings and actions.

        **(ii)** Neither you nor any other involved "insured" will make any settlement without our consent.

        **(iii)** We may, at our discretion, participate in defending the "insured" against, or in the settlement of, any claim or "suit".

        **(iv)** We will reimburse the "insured" for sums that the "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, that the "insured" pays with our consent, but only up to the limit described in Paragraph **C.,** Limit Of Insurance, of **SECTION II – LIABILITY COVERAGE.**

        **(v)** We will reimburse the "insured" for the reasonable expenses incurred with our consent for your investigation of such claims and your defense of the "insured" against any such "suit", but only up to and included within the limit described in Paragraph **C.,** Limit Of Insurance, of **SECTION II – LIABILITY COVERAGE,** and not in addition to such limit. Our duty to make such payments ends when we have used up the applicable limit of insurance in payments for damages, settlements or defense expenses.

    **(b)** This insurance is excess over any valid and collectible other insurance available

© 2010 The Travelers Indemnity Company.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
CA T3 53 03 10

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 110 of 201   Document 1-1
Exhibit A

to the "insured" whether primary, excess contingent or on any other basis.

**(c)** This insurance is not a substitute for required or compulsory insurance in any country outside the United States, its territories and possessions, Puerto Rico and Canada.

You agree to maintain all required or compulsory insurance in any such country up to the minimum limits required by local law. Your failure to comply with compulsory insurance requirements will not invalidate the coverage afforded by this policy, but we will only be liable to the same extent we would have been liable had you complied with the compulsory insurance requirements.

**(d)** It is understood that we are not an admitted or authorized insurer outside the United States of America, its territories and possessions, Puerto Rico and Canada. We assume no responsibility for the furnishing of certificates of insurance, or for compliance in any way with the laws of other countries relating to insurance.

**G. WAIVER OF DEDUCTIBLE – GLASS**

The following is added to Paragraph **D., Deductible**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

No deductible for a covered "auto" will apply to glass damage if the glass is repaired rather than replaced.

**H. HIRED AUTO PHYSICAL DAMAGE – LOSS OF USE – INCREASED LIMIT**

The following replaces the last sentence of Paragraph **A.4.b., Loss Of Use Expenses**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

However, the most we will pay for any expenses for loss of use is $65 per day, to a maximum of $750 for any one "accident".

**I. PHYSICAL DAMAGE – TRANSPORTATION EXPENSES – INCREASED LIMIT**

The following replaces the first sentence in Paragraph **A.4.a., Transportation Expenses**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

We will pay up to $50 per day to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type.

**J. PERSONAL EFFECTS**

The following is added to Paragraph **A.4., Coverage Extensions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

**Personal Effects**

We will pay up to $400 for "loss" to wearing apparel and other personal effects which are:

**(1)** Owned by an "insured"; and

**(2)** In or on your covered "auto".

This coverage applies only in the event of a total theft of your covered "auto".

No deductibles apply to this Personal Effects coverage.

**K. AIRBAGS**

The following is added to Paragraph **B.3., Exclusions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

Exclusion **3.a.** does not apply to "loss" to one or more airbags in a covered "auto" you own that inflate due to a cause other than a cause of "loss" set forth in Paragraphs **A.1.b.** and **A.1.c.**, but only:

**a.** If that "auto" is a covered "auto" for Comprehensive Coverage under this policy;

**b.** The airbags are not covered under any warranty; and

**c.** The airbags were not intentionally inflated.

We will pay up to a maximum of $1,000 for any one "loss".

**L. NOTICE AND KNOWLEDGE OF ACCIDENT OR LOSS**

The following is added to Paragraph **A.2.a.,** of **SECTION IV – BUSINESS AUTO CONDITIONS**:

Your duty to give us or our authorized representative prompt notice of the "accident" or "loss" applies only when the "accident" or "loss" is known to:

**(a)** You (if you are an individual);

**(b)** A partner (if you are a partnership);

**(c)** A member (if you are a limited liability company);

**(d)** An executive officer, director or insurance manager (if you are a corporation or other organization); or

**(e)** Any "employee" authorized by you to give notice of the "accident" or "loss".

 © 2010 The Travelers Indemnity Company.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

COMMERCIAL AUTO

**M. BLANKET WAIVER OF SUBROGATION**

The following replaces Paragraph **A.5., Transfer Of Rights Of Recovery Against Others To Us,** of **SECTION IV – BUSINESS AUTO CONDITIONS:**

**5. Transfer Of Rights Of Recovery Against Others To Us**

We waive any right of recovery we may have against any person or organization to the extent required of you by a written contract signed and executed prior to any "accident" or "loss", provided that the "accident" or "loss" arises out of operations contemplated by such contract. The waiver applies only to the person or organization designated in such contract.

**N. UNINTENTIONAL ERRORS OR OMISSIONS**

The following is added to Paragraph **B.2., Concealment, Misrepresentation, Or Fraud,** of **SECTION IV – BUSINESS AUTO CONDITIONS:**

The unintentional omission of, or unintentional error in, any information given by you shall not prejudice your rights under this insurance. However this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

© 2010 The Travelers Indemnity Company.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**CA T3 53 03 10**

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MINNESOTA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** If you are an individual and this policy covers fewer than five "autos" of the private passenger type not rated on a fleet basis; or this policy is a plan of reparation security insuring fewer than five "autos" rated on a commercial or fleet basis, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

**1. Cancellation**

    **a.** The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

    **b. Policies In Effect Less Than 60 Days**

    When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason by mailing or delivering written notice of cancellation to the first Named Insured:

      **(1)** So as to be received at least 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **(2)** At least 30 days before the effective date of cancellation if we cancel for any other reason.

    The notice of cancellation will state the reasons for cancellation. Information regarding moving traffic violations or motor vehicle accidents must be specifically requested on the application in order for us to cancel within the first 59 days of coverage for those incidents.

    **c. Policies In Effect 60 Days Or More**

    When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

      **(1)** Nonpayment of premium;

      **(2)** This policy was obtained through a material misrepresentation;

      **(3)** Any "insured" made a false or fraudulent claim or knowingly aided or abetted another in the presentation of such a claim;

      **(4)** You failed to disclose fully your "auto" accidents and moving traffic violations for the preceding 36 months if called for in the written application for this policy;

      **(5)** You failed to disclose in the written application any requested information necessary for the acceptance or proper rating of the risk;

      **(6)** You knowingly failed to give any required notice of loss or notice of lawsuit commenced against you, or when requested, refused to cooperate in the investigation of a claim or defense of a lawsuit;

      **(7)** You or any driver who either lives with you or customarily uses a covered "auto":

        **(a)** Has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation because of a moving traffic violation or a refusal to be tested for being under the influence of alcohol;

CA 02 18 06 00            © ISO Properties, Inc., 1999            Page 1 of 4

COMMERCIAL AUTO

**(b)** Is or becomes subject to epilepsy or heart attacks and does not produce a physician's certificate stating that he or she can operate an "auto" safely;

**(c)** Has an "accident" or conviction record, physical or mental condition, any one or all of which are such that his or her operation of an "auto" might endanger the public safety;

**(d)** Has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation for criminal negligence in the use or operation of an "auto", or assault arising out of the use of an "auto" or operating an "auto" while in an intoxicated condition or while under the influence of drugs; or leaving the scene of an "accident" without stopping to report; or making false statements in an application for a driver's license, or theft or unlawful taking of an "auto";

**(e)** Has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license;

However, Subparagraphs **(a)** through **(e)** above do not apply with respect to any driver who either lives with you or customarily uses a covered "auto" if that driver is identified as a named insured in another coverage form or policy as an insured.

**(8)** A covered "auto" is:

**(a)** So mechanically defective that its operation might endanger public safety; or

**(b)** Used in carrying passengers for hire or compensation. This does not include car pools; or

**(c)** Used in the business of transporting flammables or explosives; or

**(d)** An authorized emergency vehicle; or

**(e)** Subject to an inspection law and has not been inspected or if inspected has failed to qualify within the period specified under such inspection law; or

**(f)** Substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

**(9)** We replace this policy with another one providing similar coverages and the same rates and limits for the covered "auto". The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

If we cancel for any reason described in Paragraphs **c.(1)** through **(9)** above, we will give written notice of cancellation to the first Named Insured at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason described in Paragraphs **c.(2)** through **c.(9)**.

The effective date of cancellation stated in the notice shall become the effective date of cancellation.

**d.** If this policy is cancelled, we will send the first Named Insured any premium refund due. Cancellation will be on a pro rata basis if the unearned premium is for a period of more than one month. If you request cancellation and the unearned premium is for a period of one month or less, the refund may be less than pro rata.

If we cancel, cancellation will not become effective unless the premium refund due is returned to you with the notice of cancellation or is delivered or mailed to you so as to be received by you not later than the effective date of cancellation.

If you cancel, any premium refund due will be refunded within 30 days following our receipt of the request for cancellation.

**e.** Proof of mailing of any notice shall be sufficient proof of notice.

   © ISO Properties, Inc., 1999

COMMERCIAL AUTO

### 2. Nonrenewal

a. If we decide not to renew or continue this policy we will give the first Named Insured written notice of our intent not to renew at least 60 days before the end of the policy period. Such notice will be mailed or delivered to the first Named Insured at the last mailing address known to us. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

b. If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

c. Proof of mailing of any notice shall be sufficient proof of notice.

**B.** For all other policies not described in Paragraph **A.** above, the **Cancellation** Common Policy Condition does not apply. The following Conditions apply instead:

### 1. Cancellation

a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

b. We may cancel this policy, subject to the provisions of **c.** below, by first class mailing, or by delivery, of a written notice of cancellation to the first Named Insured and any agent, to their last mailing addresses known to us. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

c. **Policies In Effect Less Than 90 Days**

If this policy is a new policy and has been in effect for fewer than 90 days, we may cancel for any reason by giving notice at least:

(1) 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

(2) 30 days before the effective date of cancellation, if we cancel for any other reason.

d. **Policies In Effect 90 Days Or More**

If this policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Misrepresentation or fraud made by you or with your knowledge in obtaining the policy or in pursuing a claim under the policy;

(3) An act or omission by you that substantially increases or changes the risk insured;

(4) Refusal by you to eliminate known conditions that increase the potential for loss after notification by us that the condition must be removed;

(5) Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

(6) Loss of reinsurance by us which provided coverage to us for a significant amount of the underlying risk insured. Any notice of cancellation pursuant to this item shall advise the policyholder that he or she has ten days from the date of receipt of the notice to appeal the cancellation to the commissioner of commerce and that the commissioner will render a decision as to whether the cancellation is justified because of the loss of reinsurance within thirty business days after receipt of the appeal;

(7) A determination by the commissioner that the continuation of the policy could place us in violation of the Minnesota insurance laws; or

(8) Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. This provision for cancellation for failure to pay dues shall not be applicable to persons who are retired at 62 years of age or older or who are disabled according to social security standards.

     © ISO Properties, Inc., 1999

COMMERCIAL AUTO

If we cancel for any reason described in Paragraphs **d.(1)** through **(8)** above, we will give notice at least:

**(1)** 10 days before the effective date of cancellation, if we cancel for non-payment of premium. The cancellation notice shall contain the information regarding the amount of premium due and the due date, and shall state the effect of nonpayment by the due date. Cancellation shall not be effective if payment of the amount due is made prior to the effective date of cancellation; or

**(2)** 60 days before the effective date, if we cancel for any other reason described in Paragraphs **d.(2)** through **(8)** above. The notice of cancellation will state the reason for cancellation.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The

cancellation will be effective even if we have not made or offered a refund.

**f.** Proof of mailing of any notice shall be sufficient proof of notice.

**2. Nonrenewal**

If we decide not to renew or continue this policy, we will give the first Named Insured and any agent notice of our intent not to renew, at least 60 days before the expiration date. Such notice will be mailed or delivered to the first Named Insured and any agent at their last mailing addresses known to us.

We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Agreed not to renew this policy.

Proof of mailing of any notice shall be sufficient proof of notice.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MONTANA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The **Cancellation** Common Policy Condition does not apply. The following Condition applies instead:

**ENDING THIS POLICY**

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel the policy by mailing or delivering to us advance written notice of cancellation.

2. **Midterm Cancellation**

   a. When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason. If we cancel for nonpayment of premium, we will mail at least 10 days written notice to the first Named Insured. If we cancel for any other reason, we will mail at least 45 days written notice to the first Named Insured.

   b. When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

      (1) Nonpayment of premium.

      (2) If you are an individual and your driver's license or motor vehicle registration or that of a driver who lives with you and customarily uses the covered "auto" has been suspended or revoked during the policy period, or if the policy is a renewal, during its policy period or the 180 days immediately preceding its effective date.

   If we cancel for nonpayment of premium, we will mail at least 10 days written no-

tice, stating the reason for cancellation, to the first Named Insured. If we cancel for any other reason, we will mail at least 45 days written notice to the first Named Insured.

In this case, our notice will state that upon written request of the first Named Insured, mailed or delivered to us not less than 15 days prior to the effective date of cancellation, we will specify the reason for cancellation.

3. **Anniversary Cancellation**

   If this policy has been written for a period of more than a year or without a fixed expiration date, we may cancel at the anniversary of its original effective date for any reason. If we cancel, we will mail you at least 45 days written notice.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

   However, when a financed insurance policy is cancelled, we will send any refund due to the premium finance company on a pro rata basis.

**B. Nonrenewal**

1. If we decide not to renew or continue this policy, we will mail to the first Named Insured

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 117 of 201   Document 1-1
Exhibit A

COMMERCIAL AUTO

and agent, if any, notice at least 45 days before the end of the policy period. Our notice will state that upon written request of the first Named Insured, mailed or delivered to us not later than 1 month following the termination date of the policy, we will notify the first Named Insured in writing, within 15 days of the request of the reason or reasons for non-renewal.

If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to apply the required renewal or continuation

premium when due shall mean that you have not accepted our offer.

2. If we fail to mail or deliver proper notice of nonrenewal and you obtain other insurance this policy will end on the effective date of that insurance.

C. **Mailing of Notices**

We will mail or deliver our notice of cancellation or nonrenewal to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Page 2 of 2                 © ISO Properties, Inc., 2003                 **CA 02 20 10 03**

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDED TITLE—AUTO COVERAGE PARTS

This endorsement modifies all endorsements in this policy.

Whenever the term "COMMERCIAL AUTO COVERAGE PART" is used to indicate a type of insurance an endorsement modifies, it is changed to:

COMMERCIAL AUTO—ALL COVERAGE PARTS

CA T3 04 01 87                                                                                   Page 1 of 1

Exhibit A

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

The following replaces the **LOSS PAYABLE CLAUSE** in the **BUSINESS AUTO COVERAGE PART DECLARATIONS: LOSS PAYABLE CLAUSE**

**A.** We will pay you and the loss payee on file with us for "loss" to a covered "auto", as interest may appear.

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payment to the loss payee, we will obtain their rights against any other party.

© 2009 The Travelers Companies, Inc.
Includes the copyrighted material of Insurance Services Office, Inc. with its permission.

Exhibit A

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 01 10 13

POLICY NUMBER  Y-810-3D984291-TIL-13

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

MOBILE HOMES

LIABILITY PREMIUM:    199

IT IS AGREED THAT:

MOBILE HOMES CONTENTS NOT COVERED
SEE CA 20 17 12 93.

| | LIMIT |
|---|---|
| DESC OF "AUTO" | FIRE |
| 1984 FORD CUTAWAY VIN: 1FDKE30LXEHA51581 | $1,000,000 |
| 1999 TIOGA 23BVIN: TBD | $1,000,000 |

EFFECTIVE DATE  10-01-13    EXPIRATION DATE  10-01-14
PAGE 0001    DATE OF ISSUE  10-25-13

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 02 10 13

POLICY NUMBER  Y-810-3D984291-TIL-13

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

AUTO LOAN/LEASE GAP (COMPREHENSIVE)

PHYSICAL DAMAGE PREMIUM:  INCL

IT IS AGREED THAT:

AUTO LOAN/LEASE GAP COVERAGE
SEE ENDORSEMENT CA 20 71 10 01.

EFFECTIVE DATE  10-01-13    EXPIRATION DATE  10-01-14
PAGE 0001    DATE OF ISSUE  10-25-13

COMMERCIAL AUTO POLICY

ENDORSEMENT - CA T8 03 10 13

POLICY NUMBER   Y-810-3D984291-TIL-13

** THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY. **

AUTO LOAN/LEASE GAP (COLLISION)

PHYSICAL DAMAGE PREMIUM:   INCL

IT IS AGREED THAT:

AUTO LOAN/LEASE GAP COVERAGE
SEE ENDORSEMENT CA 20 71 10 01.

EFFECTIVE DATE  10-01-13   EXPIRATION DATE  10-01-14
PAGE 0001   DATE OF ISSUE  10-25-13

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE HOMES CONTENTS NOT COVERED

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

PHYSICAL DAMAGE COVERAGE for a covered "auto" that is a mobile home is changed by adding the following exclusions:

This insurance does not apply to:

1. "Loss" to the covered "auto's" contents, except equipment usual to trucks or private passenger "autos."

2. "Loss" to TV antennas, awnings or cabanas.

3. "Loss" to equipment designed to create added living facilities.

CA 20 17 12 93    Copyright, Insurance Services Office, Inc., 1993    Page 1 of 1

Exhibit A

# INTERLINE
# ENDORSEMENTS

# INTERLINE
# ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

    A. Under any Liability Coverage, to "bodily injury" or "property damage":

    (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

    (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

    (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "special nuclear material" or "by-product material".

    "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

    "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

IL 00 21 09 08      © ISO Properties, Inc., 2007      Page 1 of 2

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

    © ISO Properties, Inc., 2007    IL 00 21 09 08

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NORTH DAKOTA CHANGES – EXAMINATION OF YOUR BOOKS AND RECORDS

This endorsement modifies insurance provided under the following:

  CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
  COMMERCIAL AUTOMOBILE COVERAGE PART
  COMMERCIAL GENERAL LIABILITY COVERAGE PART
  COMMERCIAL INLAND MARINE COVERAGE PART
  COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
  COMMERCIAL PROPERTY COVERAGE PART
  CRIME AND FIDELITY COVERAGE PART
  EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
  EQUIPMENT BREAKDOWN COVERAGE PART
  FARM COVERAGE PART
  FARM UMBRELLA LIABILITY POLICY
  LIQUOR LIABILITY COVERAGE PART
  MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
  POLLUTION LIABILITY COVERAGE PART
  PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

**EXAMINATION OF YOUR BOOKS AND RECORDS**

1. Except as provided in **2.** below, we may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

2. Any audit conducted to determine the premium due or to be refunded must be completed within 180 days after:

   a. The expiration date of the policy; or

   b. The anniversary date, if this is a continuous policy or a policy written for a term longer than one year;

   unless you agree in writing to extend the audit period.

Case 2:20-cv-01600-LA   Filed 10/21/20   Page 129 of 201   Document 1-1
Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MONTANA CHANGES – CONFORMITY WITH STATUTES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A.** The following Condition is added:

Conformity with Montana statutes. The provisions of this policy or Coverage Part conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which you reside on or after the effective date of this policy or Coverage Part.

However, with respect to insurance provided under the Commercial Automobile Coverage Part, while a covered "auto" is away from Montana:

**1.** We will increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**2.** We will provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

**3.** No one will be entitled to duplicate payments for the same elements of loss.

**B.** Any provision of this policy or Coverage Part (including endorsements which modify the policy or Coverage Part) that does not conform to the minimum requirements of a Montana statute is amended to conform to such statute.

IL 01 67 09 08  © ISO Properties, Inc., 2007  Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MONTANA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
> FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
> FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM

The CONCEALMENT, MISREPRESENTATION OR FRAUD Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for loss ("loss") or damage in a case of:

1. Concealment or misrepresentation of a material fact; or

2. Fraud;

committed by you or any other insured ("insured"), whether before or after the loss ("loss") and relating to coverage of the loss ("loss") under this policy.

We will not pay for any loss ("loss") or damage in any case if:

1. Concealment or misrepresentation of a material fact; or

2. Fraud;

is committed by you or any other insured ("insured") in the application for this policy.

Case 2:20-cv-01600-LA    Filed 10/21/20   Page 131 of 201   Document 1-1
Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH DAKOTA CHANGES – APPRAISAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART

A. Except as provided in Paragraph **B.** of this endorsement, the Appraisal Loss Condition is replaced by the following:

**APPRAISAL**

If we and you disagree on the value of the property or the amount of the loss both parties may agree to an appraisal of the loss. If both parties so agree, then each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. Any outcome of the appraisal will not be binding on either party. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will retain our right to deny the claim.

B. The Appraisal Condition in Capital Assets Program Coverage Form (Output Policy), **OP 00 01,**

Paragraph **A.7.** Business Income And Extra Expense is replaced by the following:

**APPRAISAL**

If we and you disagree on the amount of net income and operating expense or the amount of the loss, both parties may agree to an appraisal of the loss. If both parties so agree, then each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of net income and operating expense and the amount of the loss. If they fail to agree, they will submit their differences to the umpire. Any outcome of the appraisal will not be binding on either party. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will retain our right to deny the claim.

IL 01 84 09 07                    © ISO Properties, Inc., 2006                    Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH DAKOTA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    FARM UMBRELLA LIABILITY POLICY
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of **Cancellation** Common Policy Condition is replaced by the following:

  **2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 20 days before the effective date of cancellation.

  After 60 days from the effective date of policy issuance a notice of cancellation may not be issued unless it is based upon at least one of the following reasons as stated in South Dakota law:

  **(a)** Nonpayment of premium;

  **(b)** Discovery of fraud or material misrepresentation made by or with the knowledge of the Named Insured in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

  **(c)** Discovery of acts or omissions on the part of the Named Insured which increase any hazard insured against;

  **(d)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued;

  **(e)** A violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or the occupancy thereof which sub-

stantially increases any hazard insured against;

  **(f)** A determination by the director of insurance that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of South Dakota;

  **(g)** Your violation or breach of any policy terms or conditions; or

  **(h)** Such other reasons as are approved by the director of insurance.

**B.** The following condition is added and supersedes any provisions to the contrary:

  **NONRENEWAL**

  **1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal not less than 60 days before:

   **a.** The expiration date; or

   **b.** The anniversary date if this is a continuous policy.

  **2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

IL 02 32 09 08          © ISO Properties, Inc., 2007          Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NORTH DAKOTA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by Paragraphs **2.** and **3.** below, except to the extent that Item **B.** of this endorsement applies.

**2. Policies In Effect:**

**a. For Less Than 90 Days**

If this policy has been in effect for less than 90 days, we may cancel the policy for any reason by mailing to the first Named Insured, and agent, if any, written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation; or

**(2)** Five days before the effective date of cancellation for any condition stated in Paragraph **B.** of this endorsement.

**b. For 90 Days Or More Or Policies With Terms Longer Than One Year Or Continuous Policies**

If this policy has been in effect for 90 days or more, is a renewal of a policy we issued, is a policy issued for a term longer than one year or is a continuous policy, we may cancel the policy only for one or more of the following reasons:

**(1)** Nonpayment of premiums;

**(2)** Misrepresentation or fraud made by the "insured" or with the "insured's" knowledge in obtaining the policy or in pursuing a claim under the policy;

**(3)** The "insured's" actions that have substantially increased or substantially changed the risk insured;

**(4)** The "insured's" refusal to eliminate known conditions that increase the potential for loss, after our notification that the condition must be removed;

**(5)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

**(6)** Loss of reinsurance which provided us with coverage for a significant amount of the underlying risk insured;

**(7)** A determination by the insurance commissioner that the continuation of the policy could place us in violation of North Dakota insurance laws;

**(8)** Nonpayment of dues to an association or organization, other than an insurance association or organization, where payment of dues is a prerequisite to obtaining or continuing such insurance. Cancellation for this reason does not apply to persons who are retired at 62 years of age or older or to any person who is disabled according to social security standards;

**(9)** A violation of any local fire, health, safety, building or construction regulation or ordinance with respect to Covered Property or the occupancy thereof which substantially increases any hazard insured against; or

IL 02 34 09 08                                    © ISO Properties, Inc., 2007                                    Page 1 of 2

**(10)** Certain conditions exist, as stated in Paragraph **B.** of this endorsement.

We will mail written notice of cancellation to the first Named Insured, and agent, if any, at least:

**(a)** Five days before the effective date of cancellation for any condition stated in Paragraph **B.** of this endorsement;

**(b)** 10 days before the effective date of cancellation for nonpayment of premium; or

**(c)** 30 days before the effective date of cancellation for any reason stated in Paragraphs **2.b.(2)** through **(9)** above.

However, for policies with terms longer than one year or continuous policies, notice of cancellation will be mailed at least 30 days prior to any anniversary date for any reason stated in Paragraphs **2.b.(1)** through **(9)** above.

If we cancel for a reason listed in Paragraphs **2.b.(1)** through **(9)** above, the notice of cancellation will state our reasons for cancellation.

**3.** We will mail our notice, by first-class mail, to the first Named Insured and agent, if any, at the last mailing address known to us.

**B.** We may also cancel the policy if one or more of the following conditions exist:

**1.** Buildings with at least 65% of the rental units in the building unoccupied.

**2.** Buildings that have been damaged by a covered cause of loss and the "insured" has stated or such time has elapsed as clearly indicates that the damage will not be repaired.

**3.** Buildings to which, following a fire, permanent repairs have not commenced within 60 days following satisfactory adjustment of loss.

**4.** Buildings that have been unoccupied 60 or more consecutive days, except buildings that have a seasonal occupancy, and buildings actually in the course of construction or repair and reconstruction which are properly secured against unauthorized entry.

**5.** Buildings that are in danger of collapse because of serious structural conditions or those buildings subject to extremely hazardous conditions not contemplated in fire rating plans such as those buildings that are in a state of disrepair as to be dilapidated.

**6.** Buildings on which, because of their physical condition, there is an outstanding order to va-

cate or an outstanding demolition order, or which have been declared unsafe in accordance with applicable law.

**7.** Buildings from which fixed and salvageable items have been or are being removed and the "insured" can give no reasonable explanation for the removal.

**8.** Buildings on which there is reasonable knowledge and belief that the property is endangered and is not reasonably protected from possible arson for the purpose of defrauding an insurer.

**9.** Buildings with any of the following conditions:

**a.** Failure to furnish heat, water, sewer service, or public lighting for 30 consecutive days or more.

**b.** Failure to correct conditions dangerous to life, health, or safety.

**c.** Failure to maintain the building in accordance with applicable law.

**d.** Failure to pay property taxes for more than one year.

**10.** Buildings that have characteristics of ownership condition, occupancy, or maintenance, which are violative of law or public policy.

**C.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

**1.** If we elect not to renew this policy, we will mail to the last known address of the first Named Insured shown in the Declarations, and agent, if any, a notice of intention not to renew at least:

**a.** 60 days prior to the expiration date of the policy, except as provided in Paragraph **b.;** or

**b.** 90 days prior to the expiration date of the policy when the policy provides professional liability coverage for legal and medical services.

The notice of nonrenewal will state our reason for nonrenewal.

**2.** We will mail our notice, by first-class mail, to the first Named Insured and agent, if any, at the last mailing address known to us.

**3.** We need not mail or deliver this notice if you have:

**a.** Insured elsewhere;

**b.** Accepted replacement coverage; or

**c.** Requested or agreed to nonrenewal.

   © ISO Properties, Inc., 2007   IL 02 34 09 08

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IOWA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation Common Policy** Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Requirements**

**a.** We may cancel this policy, by mailing or delivering to the first Named Insured and any loss payee written notice of cancellation at least:

**(1)** 30 days before the effective date of cancellation if we cancel due to loss of reinsurance coverage;

**(2)** 10 days before the effective date of cancellation if we cancel for any other reason.

**b.** If this policy is a new policy and has been in effect for less than 60 days, we may cancel for:

**(1)** Loss of reinsurance, subject to **d.** below; or

**(2)** Any other reason.

**c.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Misrepresentation or fraud made by or with your knowledge in obtaining the policy, when renewing the policy,

or in presenting a claim under the policy;

**(3)** Acts or omissions by you that substantially change or increase the risk insured;

**(4)** Determination by the Commissioner that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

**(5)** You have acted in a manner which you knew or should have known was in violation or breach of a policy term or condition; or

**(6)** Loss of reinsurance, subject to **d.** below.

**d.** We may cancel due to loss of reinsurance which provides coverage to us for a significant portion of the underlying risk insured, but only if the Commissioner determines that such cancellation is justified.

**3.** We will mail or deliver our notice to the first Named Insured's and any loss payee's last mailing address known to us.

**4.** Notice of cancellation will state:

**a.** The reason for cancellation; and

**b.** The effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may

be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, a post office department certificate of mailing is proof of receipt of notice. However, if cancellation is for nonpayment of premium, a certificate of mailing is not required.

B. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured and any loss payee at least 45 days before the expiration date of this policy, except if:

    a. We have offered to issue a renewal policy; or

    b. You have failed to pay a premium due or any advance premium required by us for renewal.

2. If notice is mailed, a post office department certificate of mailing is proof of receipt of notice.

© ISO Properties, Inc., 2007

IL 02 76 09 08

Exhibit A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> FARM UMBRELLA LIABILITY POLICY
> LIQUOR LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

    If this policy has been in effect for less than 60 days and is not a renewal policy, we may cancel for any reason.

    If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, except as provided in Paragraph **7.** below, we may cancel this policy only for one or more of the following reasons:

    **a.** The policy was obtained by material misrepresentation;

    **b.** There has been a substantial change in the risk we originally assumed, except to the extent that we should have foreseen the change or considered the risk in writing the policy;

    **c.** There have been substantial breaches of contractual duties, conditions or warranties; or

    **d.** Nonpayment of premium.

    If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, the notice of cancellation will state the reason for cancellation.

**B.** The following is added to the **Cancellation** Common Policy Condition:

  **7. Anniversary Cancellation**

    If this policy is written for a term of more than one year or has no fixed expiration date, we may cancel this policy for any reason by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the anniversary date of the policy. Such cancellation will be effective on the policy's anniversary date.

    We may cancel this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of cancellation contains an offer to continue the policy with us if we receive a written request from the first Named Insured prior to the date of cancellation.

**C.** The following applies to the:

  Capital Assets Program (Output Policy) Coverage Part

  Commercial Inland Marine Coverage Part

  Commercial Property Coverage Part

  Crime And Fidelity Coverage Part

  Equipment Breakdown Coverage Part

  Farm Coverage Part

  **1.** We may rescind this policy because of the following:

    **a.** Misrepresentation made by you or on your behalf in the negotiation for or procurement of this Coverage Part, if the

IL 02 83 09 07        © ISO Properties, Inc., 2006        Page 1 of 3

Exhibit A

person knew or should have known that the representation was false;

**b.** Breach of affirmative warranty made by you or on your behalf in the negotiation for or procurement of this Coverage Part;

**c.** Failure of a condition before a loss if such failure exists at the time of loss; or

**d.** Breach of a promissory warranty if such breach exists at the time of loss.

**2.** We may not rescind this policy:

  **a.** For the reasons in Paragraphs **C.1.a.** and **C.1.b.** unless:

    **(1)** We rely on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or

    **(2)** The facts misrepresented or falsely warranted contribute to the loss.

  **b.** For the reasons in Paragraphs **C.1.c.** and **C.1.d.** unless such failure or breach:

    **(1)** Increases the risk at the time of loss; or

    **(2)** Contributes to the loss.

**3.** If we elect to rescind this policy, we will notify the first Named Insured of our intention within 60 days after acquiring knowledge of sufficient facts to constitute grounds for rescission.

**D.** The following are added and supersede any other provisions to the contrary:

**1. Nonrenewal**

  **a.** If we elect not to renew this policy we will mail or deliver written notice of nonrenewal to the first Named Insured's last mailing address known to us. We may elect not to renew for any reason; the notice will state the reason for nonrenewal. We will mail or deliver the notice at least 60 days before the expiration date of this policy.

    We need not mail or deliver the notice if:

    **(1)** You have insured elsewhere;

    **(2)** You have accepted replacement coverage;

    **(3)** You have requested or agreed to nonrenewal of this policy; or

    **(4)** This policy is expressly designated as nonrenewable.

  **b.** We may refuse to renew this policy because of the termination of an insurance marketing intermediary's contract with us

only if the notice of nonrenewal contains an offer to renew the policy with us if we receive a written request from the first Named Insured prior to the renewal date.

**c.** If you fail to pay the renewal or continuation premium by the premium due date, this policy will terminate on the policy expiration or anniversary date, if we have:

  **(1)** Given you written notice of the renewal or continuation premium not more than 75 days nor less than 10 days prior to the due date of the premium; and

  **(2)** Stated clearly in the notice the effect of nonpayment of premium by the due date.

**2. Anniversary Alteration**

If this policy is written for a term of more than one year or has no fixed expiration date, we may alter the terms or premiums of this policy by mailing or delivering written notice of less favorable terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the anniversary date.

If we notify the first Named Insured within 60 days prior to the anniversary date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the policy at any time during the 60-day period, in accordance with Paragraph **1.** of the Cancellation Common Policy Condition. If the first Named Insured elects to cancel the policy during the 60-day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

**3. Renewal With Altered Terms**

If we elect to renew this policy but on less favorable terms or at higher premiums, we will mail or deliver written notice of the new terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the renewal date.

If we notify the first Named Insured within 60 days prior to the renewal date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the re-

© ISO Properties, Inc., 2006

newal policy at any time during the 60-day period, in accordance with Paragraph **1.** of the Cancellation Common Policy Condition. If the first Named Insured elects to cancel the renewal policy during the 60-day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

We need not mail or deliver this notice if the only change adverse to you is a premium increase that:

**a.** Is less than 25% and is generally applicable to the class of business to which this policy belongs; or

**b.** Results from a change based on your action that alters the nature or extent of the risk insured against, including but not limited to a change in the classification or the units of exposure, or increased policy coverage.

**E. Special Provision – Cancellation And Nonrenewal**

With respect to insurance provided under the Commercial Automobile Coverage Part, we will not cancel or refuse to renew Liability Coverage wholly or partially because of age, sex, residence, race, color, creed, religion, national origin, ancestry, marital status or occupation of anyone who is an insured.

Case 2:20-cv-01600-LA    Filed 10/21/20    Page 140 of 201    Document 1-1
Exhibit A

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

## IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

Case 2:20-cv-01600-LA   Filed 10/24/20   Page 143 of 201   Document 1-1
Exhibit A



Dear Policyholder:

Enclosed is your Minnesota Insurance Identification Card(s). This card indicates your policy provides at least the minimum coverage required by Minnesota's Insurance Law.

We are required by law to provide you with the following information.

Minnesota law requires that every driver shall have in possession at all times when operating a motor vehicle or motorcycle and shall produce on demand of a peace officer, proof of insurance covering the vehicle being operated. Any person who fails to have or falsely claims to have the required insurance is guilty of a crime and shall have their license and or registration revoked for not more than 12 months.

Further, it shall be unlawful for any person:

To issue, display or cause or permit to be displayed, or have in possession, an ID card knowing or having reason to know that the insurance is not in force or is not in force as to the motor vehicle or motorcycle in question.

To alter or make a fictitious ID card; and

To display an altered or fictitious ID card or having reason to know that the proof has been altered or is fictitious.

Any person who violates any of the above provisions is guilty of a misdemeanor.

One card is enclosed for each vehicle on your policy. Keep this card in the glove compartment of your car. This card must be shown when requested by any law enforcement official.

If you are ever involved in an accident, you should report it to your agent or a Travelers claim office as soon as possible. Each card contains the information you will need, including the telephone numbers for reaching the nearest Travelers claim office when reporting an accident or claim. But only use these numbers to report accident claims. Call your Travelers agent for all other insurance matters.

We will send you a new card each year. Should you lose the card or need a new one, your Travelers agent will be happy to provide a replacement.

Thank you for insuring with The Travelers.

## IMPORTANT NOTICE — COMPLAINTS — WISCONSIN

## KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

**PROBLEMS WITH YOUR INSURANCE?** If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

**The Travelers Companies, Inc.**
**385 Washington Street**
**St. Paul, Minnesota 55102-1396**
**(800) 328-2189**
**www.Travelers.com**

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint. You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by writing to:

Office of the Commissioner of Insurance
Information and Complaints Section
P.O. Box 7873
Madison, Wisconsin 53707-7873

or you can call 1-800-236-8517 outside of Madison or (608) 266-0103 in Madison and request a complaint form.

You can also visit the Web site www.oci.wi.gov to obtain a complaint form electronically.

## IOWA MOTOR VEHICLE INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial automobile liability policy that meets
Iowa's minimum financial responsibility requirements.

NAIC #:     Company:  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674                 ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984391-TIL-13 | 10-01-13 | 10-01-14 |

Year       Make/Model            Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
           AND AS PER IL T8 00
           2601 3RD AVENUE NORTH
           P.O. BOX 2886
           FARGO                      ND 58108

## THIS CARD MUST BE CARRIED IN THE INSURED MOTOR
## VEHICLE AT ALL TIMES

CAIDIA Rev. 07-09    See Important Notice On Reverse Side    **TRAVELERS J**

FILED
09-18-2020
Clerk of Circuit Court
Washington County, WI
2020CV000443
Honorable Todd K. Martens
Branch 3

## IN CASE OF AN ACCIDENT

* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

CAIDIA (Back)



EXHIBIT

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model                Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T3 00
2601 3RD AVENUE NORTH
P.O. BOX 2986
FARGO          ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side


---

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model                Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T3 00
2601 3RD AVENUE NORTH
P.O. BOX 2986
FARGO          ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side


---

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model                Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T3 00
2601 3RD AVENUE NORTH
P.O. BOX 2986
FARGO          ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side


**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN  (Back)

---

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN  (Back)

---

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN  (Back)

Case 2020CV000443   Document 5   Filed 09-18-2020   Page 4 of 148

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:  Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674        ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model                Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side 

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:  Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674        ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model                Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side 

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:  Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674        ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model                Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side 

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:  Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674        ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model                Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side 

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

   1-800-238-6225
   24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

   1-800-238-6225
   24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

   1-800-238-6225
   24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

   1-800-238-6225
   24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

Exhibit A

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674  ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year  Make/Model  Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO    ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN Rev. 07-09 See Important Notice on Reverse Side 

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674  ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year  Make/Model  Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO    ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN Rev. 07-09 See Important Notice on Reverse Side 

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674  ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year  Make/Model  Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO    ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN Rev. 07-09 See Important Notice on Reverse Side 

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674  ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year  Make/Model  Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO    ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN Rev. 07-09 See Important Notice on Reverse Side 

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

### MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model          Vehicle Identification Number
ALL OWNED VEHICLES

Insured
DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side   

### MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model          Vehicle Identification Number
ALL OWNED VEHICLES

Insured
DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side   

### MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model          Vehicle Identification Number
ALL OWNED VEHICLES

Insured
DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side   

### MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674          ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model          Vehicle Identification Number
ALL OWNED VEHICLES

Insured
DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side   

## IN CASE OF AN ACCIDENT
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

## MINNESOTA LAW REQUIRES
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

## IN CASE OF AN ACCIDENT
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

## MINNESOTA LAW REQUIRES
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

## IN CASE OF AN ACCIDENT
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

## MINNESOTA LAW REQUIRES
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

## IN CASE OF AN ACCIDENT
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

## MINNESOTA LAW REQUIRES
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674           ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model          Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                     ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side     TRAVELERS

---

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674           ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model          Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                     ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side     TRAVELERS

---

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674           ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model          Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                     ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side     TRAVELERS

---

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674           ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year          Make/Model          Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                     ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side     TRAVELERS

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**

That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**

That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**

That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**

That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**MINNESOTA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: 25674   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model        Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T9 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                 ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN  Rev. 07-09  See Important Notice on Reverse Side     TRAVELERS

---

**MINNESOTA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: 25674   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model        Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T9 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                 ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN  Rev. 07-09  See Important Notice on Reverse Side    TRAVELERS

---

**MINNESOTA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: 25674   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model        Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T9 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                 ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN  Rev. 07-09  See Important Notice on Reverse Side     TRAVELERS

---

**MINNESOTA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: 25674   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model        Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T9 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                 ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN  Rev. 07-09  See Important Notice on Reverse Side    TRAVELERS

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**MINNESOTA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year     Make/Model     Vehicle Identification Number
ALL OWNED VEHICLES

Insured
DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO       ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN   Rev. 07-09   See Important Notice on Reverse Side    **TRAVELERS**

---

**MINNESOTA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year     Make/Model     Vehicle Identification Number
ALL OWNED VEHICLES

Insured
DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO       ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN   Rev. 07-09   See Important Notice on Reverse Side    **TRAVELERS**

---

**MINNESOTA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year     Make/Model     Vehicle Identification Number
ALL OWNED VEHICLES

Insured
DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO       ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN   Rev. 07-09   See Important Notice on Reverse Side    **TRAVELERS**

---

**MINNESOTA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year     Make/Model     Vehicle Identification Number
ALL OWNED VEHICLES

Insured
DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO       ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN   Rev. 07-09   See Important Notice on Reverse Side    **TRAVELERS**

Exhibit A

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: 25674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side    TRAVELERS

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: 25674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side    TRAVELERS

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: 25674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side    TRAVELERS

## MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #: 25674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO    ND 58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMN Rev. 07-09 See Important Notice on Reverse Side    TRAVELERS

## IN CASE OF AN ACCIDENT
* Call Travelers immediately.

 1-800-238-6225
 24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

## MINNESOTA LAW REQUIRES
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

## IN CASE OF AN ACCIDENT
* Call Travelers immediately.

 1-800-238-6225
 24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

## MINNESOTA LAW REQUIRES
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

## IN CASE OF AN ACCIDENT
* Call Travelers immediately.

 1-800-238-6225
 24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

## MINNESOTA LAW REQUIRES
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

## IN CASE OF AN ACCIDENT
* Call Travelers immediately.

 1-800-238-6225
 24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

## MINNESOTA LAW REQUIRES
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of the vehicle upon the highways in the state without having in full force and effect an automobile liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the state who knows or has reason to know that this required security is not in effect for that vehicle. This Identification Card is evidence that a policy meeting the requirements of the law is in effect for the vehicle described on the Card. This card must be produced by the operator of the vehicle upon demand of a law enforcement officer.

CAIDMN (Back)

### MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2986
FARGO      ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN Rev. 07-09 See Important Notice on Reverse Side   TRAVELERS J

---

### MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2986
FARGO      ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN Rev. 07-09 See Important Notice on Reverse Side   TRAVELERS J

### MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2986
FARGO      ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN Rev. 07-09 See Important Notice on Reverse Side   TRAVELERS J

### MINNESOTA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a commercial liability policy that meets Minnesota's insurance requirements.

NAIC #:   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
25674      ONE TOWER SQUARE, HARTFORD CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
ALL OWNED VEHICLES

Insured

DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2986
FARGO      ND 58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES**

CAIDMN Rev. 07-09 See Important Notice on Reverse Side   TRAVELERS J



**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and Insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of
the vehicle upon the highways in the state without having in full force and effect an automobile
liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the
state who knows or has reason to know that this required security is not in effect for that vehicle.
This Identification Card is evidence that a policy meeting the requirements of the law is in effect
for the vehicle described on the Card. This card must be produced by the operator of the vehicle
upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and Insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of
the vehicle upon the highways in the state without having in full force and effect an automobile
liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the
state who knows or has reason to know that this required security is not in effect for that vehicle.
This Identification Card is evidence that a policy meeting the requirements of the law is in effect
for the vehicle described on the Card. This card must be produced by the operator of the vehicle
upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and Insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of
the vehicle upon the highways in the state without having in full force and effect an automobile
liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the
state who knows or has reason to know that this required security is not in effect for that vehicle.
This Identification Card is evidence that a policy meeting the requirements of the law is in effect
for the vehicle described on the Card. This card must be produced by the operator of the vehicle
upon demand of a law enforcement officer.

CAIDMN (Back)

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and Insurance
  company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**MINNESOTA LAW REQUIRES**
That no owner of a motor vehicle required to be licensed shall operate or permit the operation of
the vehicle upon the highways in the state without having in full force and effect an automobile
liability insurance policy or evidence of self-insurance. No person shall operate a vehicle in the
state who knows or has reason to know that this required security is not in effect for that vehicle.
This Identification Card is evidence that a policy meeting the requirements of the law is in effect
for the vehicle described on the Card. This card must be produced by the operator of the vehicle
upon demand of a law enforcement officer.

CAIDMN (Back)

**MONTANA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #:   Company:   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
24674              ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year      Make/Model      Vehicle Identification Number
FLEET

Insured   DAKOTA SUPPLY GROUP INC
          AND AS PER IL TS 00
          2601 3RD AVENUE NORTH
          P.O. BOX 2886
          FARGO              ND  58108

**"COMMERCIALLY INSURED"**

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                **TRAVELERS J**

---

**MONTANA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #:   Company:   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
24674              ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year      Make/Model      Vehicle Identification Number
FLEET

Insured   DAKOTA SUPPLY GROUP INC
          AND AS PER IL TS 00
          2601 3RD AVENUE NORTH
          P.O. BOX 2886
          FARGO              ND  58108

**"COMMERCIALLY INSURED"**

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                **TRAVELERS J**

---

**MONTANA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #:   Company:   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
24674              ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year      Make/Model      Vehicle Identification Number
FLEET

Insured   DAKOTA SUPPLY GROUP INC
          AND AS PER IL TS 00
          2601 3RD AVENUE NORTH
          P.O. BOX 2886
          FARGO              ND  58108

**"COMMERCIALLY INSURED"**

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                **TRAVELERS J**

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.

* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

---

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.

* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.

* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**MONTANA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

Policy Number                Effective Date        Expiration Date
Y-810-3D984291-TIL-13        10-01-13              10-01-14

Year        Make/Model        Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                ND  58108

**"COMMERCIALLY INSURED"**
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT  Rev. 04-10                

---

**MONTANA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

Policy Number                Effective Date        Expiration Date
Y-810-3D984291-TIL-13        10-01-13              10-01-14

Year        Make/Model        Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                ND  58108

**"COMMERCIALLY INSURED"**
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT  Rev. 04-10                

---

**MONTANA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

Policy Number                Effective Date        Expiration Date
Y-810-3D984291-TIL-13        10-01-13              10-01-14

Year        Make/Model        Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                ND  58108

**"COMMERCIALLY INSURED"**
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT  Rev. 04-10                

---

**MONTANA INSURANCE IDENTIFICATION CARD**

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

Policy Number                Effective Date        Expiration Date
Y-810-3D984291-TIL-13        10-01-13              10-01-14

Year        Make/Model        Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                ND  58108

**"COMMERCIALLY INSURED"**
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT  Rev. 04-10                

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 24674 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO            ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                    **TRAVELERS**J

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 24674 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO            ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                    **TRAVELERS**J

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 24674 | | ONE TOWER SQUARE, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO            ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                    **TRAVELERS**J

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 24674 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO            ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMT Rev. 04-10                    **TRAVELERS**J

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CA1DMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CA1DMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CA1DMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CA1DMT (Back)

Case 2020CV000443    Document 5    Filed 09-18-2020    Page 26 of 148

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year: FLEET    Make/Model    Vehicle Identification Number

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                 ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                     TRAVELERS

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year: FLEET    Make/Model    Vehicle Identification Number

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                 ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                     TRAVELERS

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year: FLEET    Make/Model    Vehicle Identification Number

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                 ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                     TRAVELERS

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674    Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year: FLEET    Make/Model    Vehicle Identification Number

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                 ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMT Rev. 04-10                     TRAVELERS



**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

### MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 24674 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| --- | --- | --- |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO              ND  58108

**"COMMERCIALLY INSURED"**
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                    **TRAVELERS**

---

### MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 24674 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| --- | --- | --- |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO              ND  58108

**"COMMERCIALLY INSURED"**
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                    **TRAVELERS**

---

### MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 24674 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| --- | --- | --- |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO              ND  58108

**"COMMERCIALLY INSURED"**
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10                    **TRAVELERS**

---

### MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA |
| 24674 | | ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| --- | --- | --- |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO              ND  58108

**"COMMERCIALLY INSURED"**
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMT Rev. 04-10                    **TRAVELERS**

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured   DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### "COMMERCIALLY INSURED"

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10

**TRAVELERS**

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured   DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### "COMMERCIALLY INSURED"

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10

**TRAVELERS**

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured   DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### "COMMERCIALLY INSURED"

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT Rev. 04-10

**TRAVELERS**

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

NAIC #: 24674   Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured   DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### "COMMERCIALLY INSURED"

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES

CAIDMT Rev. 04-10

**TRAVELERS**

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

Case 2020CV000443   Document 5   Filed 09-18-2020   Page 32 of 148

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: 24674 | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| --- | --- | --- |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| --- | --- | --- |
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO          ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT  Rev. 04-10                          TRAVELERS J

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: 24674 | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| --- | --- | --- |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| --- | --- | --- |
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO          ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT  Rev. 04-10                          TRAVELERS J

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: 24674 | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| --- | --- | --- |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| --- | --- | --- |
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO          ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT  Rev. 04-10                          TRAVELERS J

---

## MONTANA INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a liability policy that meets Montana's insurance requirements.

| NAIC #: 24674 | Company: | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ONE TOWER SQUARE, HARTFORD, CT 06183 |

| Policy Number | Effective Date | Expiration Date |
| --- | --- | --- |
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
| --- | --- | --- |
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO          ND  58108

### "COMMERCIALLY INSURED"
KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDMT  Rev. 04-10                          TRAVELERS J

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

---

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

---

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

---

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

Montana Law Requires: The Auto ID Card shall be carried in the insured vehicle at all times as evidence of insurance and shall be exhibited on demand of a justice of the peace, a peace officer, a highway patrol officer or a field deputy or inspector of the department.

CAIDMT (Back)

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side     TRAVELERS

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    TRAVELERS



**IN CASE OF AN ACCIDENT**

* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**

* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    TRAVELERS J 

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    TRAVELERS J 

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    TRAVELERS J 

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    TRAVELERS J

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company:  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side



---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company:  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side



---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company:  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side



---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company:  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance
identification card. This card indicates you have an insurance policy for the motor vehicle
described satisfying the financial responsibility requirements of the law. We recommend that
you keep the card in your car at all times, since it must be displayed upon demand to a law
enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance
identification card. This card indicates you have an insurance policy for the motor vehicle
described satisfying the financial responsibility requirements of the law. We recommend that
you keep the card in your car at all times, since it must be displayed upon demand to a law
enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance
identification card. This card indicates you have an insurance policy for the motor vehicle
described satisfying the financial responsibility requirements of the law. We recommend that
you keep the card in your car at all times, since it must be displayed upon demand to a law
enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance
identification card. This card indicates you have an insurance policy for the motor vehicle
described satisfying the financial responsibility requirements of the law. We recommend that
you keep the card in your car at all times, since it must be displayed upon demand to a law
enforcement officer.

CAIDND (Back)

Exhibit A

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

### NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured   DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO     ND   58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.**

CAIDND Rev. 7-96    See Important Notice On Reverse Side    

---

### NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured   DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO     ND   58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.**

CAIDND Rev. 7-96    See Important Notice On Reverse Side    

---

### NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured   DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO     ND   58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.**

CAIDND Rev. 7-96    See Important Notice On Reverse Side    

---

### NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured   DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO     ND   58108

**KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.**

CAIDND Rev. 7-96    See Important Notice On Reverse Side    

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

Case 2020CV000443   Document 5   Filed 09-18-2020   Page 44 of 148

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO        ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND Rev. 7-96   See Important Notice On Reverse Side    *TRAVELERS*

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO        ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND Rev. 7-96   See Important Notice On Reverse Side    *TRAVELERS*

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO        ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND Rev. 7-96   See Important Notice On Reverse Side    *TRAVELERS*

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO        ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND Rev. 7-96   See Important Notice On Reverse Side    *TRAVELERS*

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

    1-800-238-6225
    24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

    1-800-238-6225
    24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

    1-800-238-6225
    24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.

    1-800-238-6225
    24 HOUR CLAIM REPORTING SERVICE


* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                          ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96   See Important Notice On Reverse Side          TRAVELERS

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                          ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96   See Important Notice On Reverse Side          TRAVELERS

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                          ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96   See Important Notice On Reverse Side          TRAVELERS

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                          ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96   See Important Notice On Reverse Side          TRAVELERS

Exhibit A

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model        Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL TG 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side



---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model        Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL TG 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side



---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model        Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL TG 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side



---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

Year        Make/Model        Vehicle Identification Number
FLEET

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL TG 00
2601 3RD AVENUE NORTH
P.O. BOX 2896
FARGO                    ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side



**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO      ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96   See Important Notice On Reverse Side   **TRAVELERS**

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO      ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96   See Important Notice On Reverse Side   **TRAVELERS**

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO      ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96   See Important Notice On Reverse Side   **TRAVELERS**

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO      ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96   See Important Notice On Reverse Side   **TRAVELERS**

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

Case 2020CV000443   Document 5   Filed 09-18-2020   Page 52 of 148

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                      ND   58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                      ND   58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                      ND   58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    

---

## NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured    DAKOTA SUPPLY GROUP INC
AND AS PER IL T8 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO                      ND   58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND  Rev. 7-96    See Important Notice On Reverse Side    

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers immediately.
  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance identification card. This card indicates you have an insurance policy for the motor vehicle described satisfying the financial responsibility requirements of the law. We recommend that you keep the card in your car at all times, since it must be displayed upon demand to a law enforcement officer.

CAIDND (Back)

### NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO     ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND Rev. 7-96  See Important Notice On Reverse Side  TRAVELERS



---

### NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO     ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND Rev. 7-96  See Important Notice On Reverse Side  TRAVELERS

---

### NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO     ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND Rev. 7-96  See Important Notice On Reverse Side  TRAVELERS



---

### NORTH DAKOTA INSURANCE IDENTIFICATION CARD

The auto described below is covered by a liability policy that meets North Dakota's compulsory insurance law.

Company: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| Y-810-3D984291-TIL-13 | 10-01-13 | 10-01-14 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| FLEET | | |

Insured  DAKOTA SUPPLY GROUP INC
AND AS PER IL 78 00
2601 3RD AVENUE NORTH
P.O. BOX 2886
FARGO     ND  58108

### KEEP THIS CARD IN THE VEHICLE AT ALL TIMES.

CAIDND Rev. 7-96  See Important Notice On Reverse Side  TRAVELERS

**IN CASE OF AN ACCIDENT**
* Call The Travelers Immediately.
　1-800-238-6225
　24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
　and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance
identification card. This card indicates you have an insurance policy for the motor vehicle
described satisfying the financial responsibility requirements of the law. We recommend that
you keep the card in your car at all times, since it must be displayed upon demand to a law
enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers Immediately.
　1-800-238-6225
　24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
　and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance
identification card. This card indicates you have an insurance policy for the motor vehicle
described satisfying the financial responsibility requirements of the law. We recommend that
you keep the card in your car at all times, since it must be displayed upon demand to a law
enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers Immediately.
　1-800-238-6225
　24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
　and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance
identification card. This card indicates you have an insurance policy for the motor vehicle
described satisfying the financial responsibility requirements of the law. We recommend that
you keep the card in your car at all times, since it must be displayed upon demand to a law
enforcement officer.

CAIDND (Back)

**IN CASE OF AN ACCIDENT**
* Call The Travelers Immediately.
　1-800-238-6225
　24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness;
　and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

**NORTH DAKOTA LAW REQUIRES**
That any person who operates a motor vehicle have in their possession an insurance
identification card. This card indicates you have an insurance policy for the motor vehicle
described satisfying the financial responsibility requirements of the law. We recommend that
you keep the card in your car at all times, since it must be displayed upon demand to a law
enforcement officer.

CAIDND (Back)